# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Gawker Media LLC, *et al.*[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |
| Gawker Media LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Meanith Huon, Ashley Terrill, Teresa Thomas, Shiva Ayyadurai, Terry Gene Bollea, Charles C. Johnson, and Got News LLC,<br><br>　　　　　　　　　　Defendants. | Adv. Proc. No. 16-01085 (SMB) |

## ORDER GRANTING PRELIMINARY INJUNCTION THROUGH SEPTEMBER 3, 2016 WITH RESPECT TO CERTAIN LITIGATION

**WHEREAS**, the Debtors filed a motion (the "Motion")[2] pursuant to sections 105 and 362 of the Bankruptcy Code requesting a preliminary and permanent injunction and for an order extending the automatic stay under section 362 of the Bankruptcy Code to the following litigations, among others (the "Litigations"):

　　(i) *Ashley Terrill v. Gawker Media, LLC, et al.*, No. 16-CV-00411 (S.D.N.Y.);

　　(ii) *Ayyadurai v. Gawker Media, LLC, et al.*, No. 16-CV-10853 (D. Mass.); and

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

(iii) *Charles C. Johnson, et al. v. Gawker Media, LLC, et al.*, No.15CECG03734 (Cal. Super. Ct. Fresno Cty.); and

**WHEREAS**, the plaintiffs in the Litigations did not oppose the relief requested in the Motion and a hearing having been held on the Motion on July 19, 2016;

**NOW, THEREFORE, IT IS HEREBY:**

**ORDERED** that for the reasons set forth on the record at the hearing held in the above-captioned adversary proceeding on July 19, 2016, the Motion is **GRANTED**; and it is further

**ORDERED** that the preliminary injunction granted pursuant to the Motion shall be in effect with respect to the Litigations through and including September 3, 2016; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: August 2nd, 2016
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE