UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

| | |
|---|---|
| SHIVA AYYADURAI, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GAWKER MEDIA, LLC, a Delaware ) <br> limited liability company; SAM BIDDLE, an ) <br> individual, JOHN COOK, an individual, ) <br> NICHOLAS GUIDO ANTHONY DENTON, ) <br> an individual, and DOES 1-20, ) <br> ) <br> ) <br> Defendants. ) <br> ) | CASE NO.  16-cv-10853 (NMG) |

**PLAINTIFF'S WITHDRAWAL OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Upon consultation with opposing counsel, Plaintiff Shiva Ayyadurai, through counsel, withdraws his motion for entry of default judgment, pending Defendants' forthcoming response.

August 30, 2016

Boston, Mass.

Respectfully submitted,

　　　/s/ Timothy Cornell

Timothy Cornell
Cornell Dolan, P.C.
One International Place, Suite 1400
Boston, MA 02110
(617) 535-7763
(617) 535-7761 (fax)
tcornell@cornelldolan.com

Charles Harder
HARDER MIRELL & ABRAMS LLP
132 S. Rodeo Drive, Fourth Floor

{00065926;3}                                            1

>Beverly Hills, CA  90212
>(424) 203-1600
>*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above document is to be filed through the ECF system and will be sent electronically to Rachel Strom, identified in the Motion for Extension [Dkt. 5] as Counsel for the Defendants.

>/s/ Timothy Cornell

{00065926;3}                                2