UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHIVA AYYADURAI, an individual | : | |
| | : | Case 1:16-cv-10853 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GAWKER MEDIA, LLC, a Delaware | : | |
| limited liability company; SAM BIDDLE, an | : | |
| individual, JOHN COOK, an individual, | : | |
| NICHOLAS GUIDO ANTHONY DENTON, | : | |
| an individual, and DOES 1-20, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------

## MOTION FOR EXTENSION OF TIME

Defendants Sam Biddle and John Cook (the "Moving Defendants") hereby move this

Court pursuant to Federal Rule of Civil Procedure 6(b) and Rule 7.1(a)(1) of the Local Rules for

the District of Massachusetts for an extension of time to respond to the Complaint in this action

until October 10, 2016, in order to accommodate related proceedings currently pending before

the United States Bankruptcy Court for the Southern District of New York.  Specifically, good

cause exists for the application because the Moving Defendants anticipate that Defendant

Gawker Media LLC ("Gawker") will have voluntarily lifted the bankruptcy stay that applies to

this action by October 10, 2016.  The interests of judicial economy favor proceeding in this case

as against as many Defendants as possible simultaneously.

### Background

This action for defamation and related torts arises out of the publication of three articles

on the websites www.gizmodo.com and www.gawker.com by Defendant Gawker.  Two of the

Motion allowed (but no further extensions will be allowed).

NMGorton, USDJ 9/30/16