## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIVA AYYADURAI, an individual, | : |
| | : Case 1:16-cv-10853 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| GAWKER MEDIA, LLC, a Delaware limited liability company; SAM BIDDLE, an individual, JOHN COOK, an individual, NICHOLAS GUIDO ANTHONY DENTON, an individual, and DOES 1-20, | : |
| | : |
| Defendants. | : |

## LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned counsel for Defendant Gawker Media, LLC, which is currently in bankruptcy, hereby certifies as follows:

Defendant Gawker Media, LLC's sole member is Gawker Media Group, Inc., a company organized under the laws of the Cayman Islands and having its principal place of business in the British Overseas Territory of the Cayman Islands, care of Will Holden at Opportune LLP, based in New York City, New York. No publicly held corporation owns 10% or more of Gawker Media, LLC's stock.

Dated: October 10, 2016          Respectfully submitted,

                                          LEVINE SULLIVAN KOCH & SCHULZ, LLP

                                          By: *s/ Rachel F. Strom*
                                          Rachel F. Strom, BBO # 666319
                                          Katherine M. Bolger (*Pro Hac Vice* Application Pending)

                                          321 West 44th Street, Suite 1000
                                          New York, NY 10036
                                          Tel: (212) 850-6100
                                          Fax: (212) 850-6299
                                          rstrom@lskslaw.com
                                          *Counsel for Defendant Gawker Media, LLC*.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2016, I electronically transmitted the foregoing **RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT GAWKER MEDIA, LLC** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, as plaintiff's counsel, and all counsel of record:

> **Timothy Cornell**
> One International Place, Suite 1400
> Boston, MA 02110
> Tel: (617) 535-7763
> Fax: (617) 535-7721
> tcornell@cornelldolan.com

I further certify that on October 10, 2016, I served a true copy of same by US Mail upon:

> **Charles J. Harder, Esq.**
> 132 S. Rodeo Drive, Fourth Floor
> Beverly Hills, California 90212
> Tel. (424) 203-1600
> Email: CHarder@HMAfirm.com

*s/ Rachel F. Strom*
Rachel F. Strom