# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIVA AYYADURAI, an individual, | : |
| | : Case 1:16-cv-10853 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| GAWKER MEDIA, LLC, a Delaware | : |
| limited liability company; SAM BIDDLE, an | : |
| individual, JOHN COOK, an individual, | : |
| NICHOLAS GUIDO ANTHONY DENTON, | : |
| an individual, and DOES 1-20, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------------

## DEFENDANTS GAWKER MEDIA, LLC, SAM BIDDLE AND JOHN COOK'S MOTION TO DISMISS

Defendants Gawker Media, LLC, Sam Biddle and John Cook (the "Movants") hereby move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Complaint as to them in its entirety for failure to state a claim upon which relief may be granted. In support of their motion, the Movants rely on and incorporate the accompanying Declaration of Rachel F. Strom, Esq. and Memorandum of Law.

### RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the parties have conferred and attempted in good faith the resolve this issue and Plaintiff does not consent to the requested relief.

Dated:  October 10, 2016

                                Respectfully submitted,
                                LEVINE SULLIVAN KOCH & SCHULZ, LLP

By: *s/ Rachel F. Strom*
      Rachel F. Strom, BBO # 666319
      Katherine M. Bolger (*Pro Hac Vice*
      Application Pending)
      321 West 44th Street, Suite 1000
      New York, NY 10036
      Tel: (212) 850-6100
      Fax: (212) 850-6299
      rstrom@lskslaw.com

      *Counsel for Defendants Gawker Media, LLC,*
      *Sam Biddle and John Cook.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October, 2016, I electronically transmitted the foregoing **MOTION TO DISMISS THE COMPLAINT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, as Plaintiff's counsel, and all counsel of record:

> **Timothy Cornell**
> One International Place, Suite 1400
> Boston, MA 02110
> Tel: (617) 535-7763
> Fax: (617) 535-7721
> tcornell@cornelldolan.com

I further certify that on October 10, 2016, I served a true copy of same by US Mail upon:

> **Charles J. Harder, Esq.**
> 132 S. Rodeo Drive, Suite 301
> Beverly Hills, California 90212
> Tel. (424) 203-1600
> Email: CHarder@HMAfirm.com

*s/ Rachel F. Strom*
Rachel F. Strom
