## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHIVA AYYADURAI, an individual, | : | |
| | : | Case 1:16-cv-10853 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GAWKER MEDIA, LLC, a Delaware | : | |
| limited liability company; SAM BIDDLE, an | : | |
| individual, JOHN COOK, an individual, | : | |
| NICHOLAS GUIDO ANTHONY DENTON, | : | |
| an individual, and DOES 1-20, | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------------

### DECLARATION OF RACHEL F. STROM, ESQ., IN SUPPORT OF DEFENDANTS GAWKER MEDIA, LLC, SAM BIDDLE AND JOHN COOK'S MOTION TO DISMISS

I, Rachel F. Strom, declare as follows pursuant to 28 U.S.C. § 1746:

1.        I am a partner in the law firm Levine Sullivan Koch & Schulz, LLP, and I am counsel of record for Defendants Gawker Media, LLC, Sam Biddle and John Cook (the "Movants").  The facts stated below are true of my own personal knowledge and, if called to testify, I could and would competently testify thereto.  I submit this declaration in support of the Movants' Motion to Dismiss the Complaint.

2.        Attached hereto as **Exhibit A** is a true and correct copy of the "About VA Shiva" page of the Plaintiff's publicly-accessible website, available at http://vashiva.com/about-va-shiva-ayyadurai.

3.        Attached hereto as **Exhibit B** is a true and correct copy of the Amazon.com page for "The Email Revolution: Unleashing the Power to Connect," authored by Plaintiff and

published on September 3, 2013, available at https://www.amazon.com/Email-Revolution-Unleashing-Power-Connect/dp/1621532631.

4.        Attached hereto as **Exhibit C** is a true and correct copy of the Amazon.com page for "The Internet Publicity Guide: How to Maximize your Marketing and Promotion in Cyberspace," authored by Plaintiff and published on June 1, 1997, available at https://www.amazon.com/Internet-Publicity-Guide-Marketing-Cyberspace/dp/1880559609.

5.        Attached hereto as **Exhibit D** is a true and correct copy of a *TIME* article titled *The Man Who Invented Email*, written by Doug Aamoth and published on November 15, 2011, available at http://techland.time.com/2011/11/15/the-man-who-invented-email/.

6.        Attached hereto as **Exhibit E** is a true and correct copy of a *Techdirt* article titled *How The Guy Who Didn't Invent Email Got Memorialized In The Press & The Smithsonian As The Inventor Of Email*, written by Mike Masnick and published on February 22, 2012, available at https://www.techdirt.com/articles/20120222/11132917842/how-guy-who-didnt-invent-email-got-memorialized-press-smithsonian-as-inventor-email.shtml.

7.        Attached hereto as **Exhibit F** is a true and correct copy of a *Washington Post* article titled *Smithsonian acquires documents from inventor of 'EMAIL' program*, written by Emi Kolawole and published on February 17, 2012, available at https://www.washingtonpost.com/national/on-innovations/va-shivaayyadurai-inventor-of-e-mail-honored-by-smithsonian/2012/02/17/gIQA8gQhKR_story.html.

8.        Attached hereto as **Exhibit G** is a true and correct copy of a *Washington Post* article titled *Origins of e-mail: My mea culpa*, written by Patrick B. Pexton and published on March 1, 2012, available at https://www.washingtonpost.com/blogs/omblog/post/origins-of-e-mail-my-mea-culpa/2012/03/01/gIQAiOD5kR_blog.html?utm_term=.82f4a0b00359.

9.       Attached hereto as **Exhibit H** is a true and correct copy of an article for *The Awl* titled *The Year Without Memory*, written by Sam Biddle and published on December 31, 2015, available at https://theawl.com/the-year-without-memory-98e8bcc8f87c#.2045avs1m.

10.      Attached hereto as **Exhibit I** is a true and correct copy of a statement issued by the Smithsonian Institution entitled *Statement from the National Museum of American History: Collection of Materials from V.A. Shiva Ayyudurai*, released on February 23, 2012, available at http://americanhistory.si.edu/press/releases/statement-national-museum-american-history-collection-materials-va-shiva-ayyudurai.

11.      Attached hereto as **Exhibit J** is a true and correct copy of a *Los Angeles Times* article titled *A discredited old yarn resurfaces about who 'invented' email*, written by Michael Hiltzik and published on September 4, 2014, available at http://www.latimes.com/business/hiltzik/la-fi-mh-a-discredited-old-yarn-20140904-column.html.

12.      Attached hereto as **Exhibit K** is a true and correct copy of a *New York Times* article titled *Email Birthday Intrigue*, written by David Pogue and published on September 6, 2012, available at http://pogue.blogs.nytimes.com/2012/09/06/e-mail-birthday-intrigue/?_r=0.

13.      Defendant Sam Biddle was profiled by the *New York Times* in an article titled *Disruptions: A Blogger Mocks the Denizens of Silicon Valley*, written by Nick Bilton and published on August 25, 2013, available at http://bits.blogs.nytimes.com/2013/08/25/disruptions-a-blogger-mocks-the-denizens-of-silicon-valley/?_r=0.

14.      Defendant Sam Biddle has made multiple appearances as a featured commentator on television, radio and in articles for media outlets including MSNBC, CNBC, Bloomberg, NPR and BBC News, available at http://video.cnbc.com/gallery/?video=3000209280; http://video.cnbc.com/gallery/?video=3000262431; http://www.msnbc.com/ronan-farrow-

daily/watch/sony-to-allow-limited-release-of-film-376412739595; http://www.msnbc.com/the-last-word/watch/secrets-your-cell-phone-can-reveal-about-you-44142659857; http://www.bloomberg.com/news/videos/b/eef54c3b-e2d8-429f-8358-5c38eea7bf3f; https://www.wnyc.org/story/294248-yahoo-tumblr/; https://www.wnyc.org/story/258247-instagram-your-privacy-and-photo-project/; http://www.bbc.com/news/magazine-15730499.


      I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 10th day of October, 2016 in New York, New York.


                                      */s/ Rachel F. Strom*
                                      Rachel F. Strom

# Exhibit A

# VA SHIVA

Know the Truth | Be the Light | Find Your Way

THE TRUTH    TOUR DATES    BOOK ME    FOLLOW ME    VIDEOS    GALLERY    PRESS    STORE    **ABOUT**



## About Dr. V.A. Shiva Ayyadurai



Dr. V.A. Shiva Ayyadurai, the Inventor of Email and Systems Scientist

Dr. V.A. Shiva Ayyadurai, the inventor of email and polymath, holds four degrees from MIT, is a world-renowned systems scientist, inventor and entrepreneur. He is a Fulbright Scholar, Lemelson-MIT Awards Finalist, India's First Outstanding Scientist and Technologist of Indian Origin, Westinghouse Science Talent Honors Award recipient, and a nominee for the U.S. National Medal of Technology and Innovation. His love of medicine and complex systems began in India when he became intrigued with medicine at the age of five as he observed his grandmother, a farmer and healer in the small village of Muhavur in South India, apply Siddha, India's oldest system of traditional medicine, to heal and support local villagers. These early experiences inspired him to pursue the study of modern systems science, information technology and eastern and traditional systems of medicine to develop an integrative framework linking eastern and western systems of medicine.

In 1978, as a precocious 14-year-old, after completing a special program in computer science at the Courant Institute of Mathematical Science at NYU, Ayyadurai was recruited by the University of Medicine and Dentistry of New Jersey (UMDNJ) as a Research Fellow, where he developed the first electronic emulation of the entire interoffice mail system (Inbox, Outbox, Folders, Address Book, Memo, etc.), which he named "EMAIL," to invent the world's first email system, resulting in him being awarded the first United States Copyright for Email, Computer Program for Electronic Mail System, at a time when Copyright was the only protection for software inventions.

Ayyadurai went on to receive four degrees from MIT, including a bachelors in electrical engineering and computer science, and a dual master's degree in mechanical engineering and visual studies from the MIT Media Laboratory. In 2003, he returned to MIT to complete his doctoral work in systems biology within the Department of Biological Engineering, where he developed CytoSolve®, a scalable computational platform for modeling the cell by dynamic integration of molecular pathways models. Following his doctoral work, he returned to India on a Fulbright, where he discovered the systems theoretic basis of eastern systems of medicine, resulting in Systems Health®, a new educational program that provides a scientific foundation of integrative medicine. While at MIT, he also developed a pioneering new course called Systems Visualization which integrates systems theory, narrative story telling, metaphor and data visualization to provide visualization of complex systems.

Today, he is the Chairman & CEO of CytoSolve, Inc. CytoSolve provides a revolutionary platform for modeling complex diseases as well as for discovering multi-combination therapeutics. His recent efforts at CytoSolve have led to an

FDA allowance and exemption for a multi-combination drug for pancreatic cancer, development of innovative nutraceutical products, as well as numerous industry and academic partnerships. Ayyadurai's earlier research on pattern recognition and large-scale systems development also resulted in multiple patents, numerous industry awards, commercial products such as EchoMail, and scientific and industry publications. He serves as Executive Director of the International Center for Integrative Systems (ICIS), a non-profit research and education foundation, located in Cambridge.

He has started and successfully several start-up companies. Following his winning of a White House competition to automatically analyze and sort mail President Clinton's email, Ayyadurai started EchoMail, Inc. which grew to nearly $200 million in market valuation. He has appeared in *The MIT Technology Review*, *The Wall Street Journal*, *New York Times*, *NBC News*, *USA Today* and other major media. Shiva was named Top 40 in the *Improper Bostonian*. He has also authored four books on the Internet and EMAIL: *Arts and the Internet*, *The Internet Publicity Guide*, *The Email Revolution*, and *Systems Health* which will be coming out in 2015. Ayyadurai continues his passion for entrepreneurialism as Managing Director of General Interactive, a venture fund that incubates, mentors and funds new startups in various areas including rural healthcare, media, biotechnology, information technology, to name a few. He has also started Innovation Corps to fuel innovation among teenagers worldwide. He serves as a consultant to CEOs and Executive Management at Fortune 1000 companies, as well as government organizations such as the United States Postal Service, Office of Inspector General.

Ayyadurai is a member of Sigma-Xi, Eta Kappa Nu and Tau Beta Pi. He supports the Shanthi Foundation, which raises money to provide scholarships for education of orphaned girls. He is also a supporter of various arts and non-profit organizations including the Guggenheim Museum, Very Special Arts, National Public Radio and the National Geographic Society. Ayyadurai lives in Belmont, Massachusetts and enjoys yoga, tennis, animals, art and architecture. He also enjoys traveling with actress Fran Drescher with whom he held a spiritual ceremony on September 7, 2014 to celebrate their growing friendship.



Download Dr. V.A. Shiva Ayyadurai's Bio

Download Dr. V.A. Shiva Ayyadurai's CV



| Companies | Publications | Lectures & Talks |
|---|---|---|
| Early State Start Up Innovation Incubator | Multi Scale Modeling for Drug Development | Systems Health Lectures for Medical Practitioners |
| Institute for Systems Research & Education | Systems Architecture for Modeling the Whole Cell | Saving the US Postal Service Workshop Series |
| In-Silico Development of Multi-Combination Drugs | Biomimetics of Media and Communication | MIT Systems Visualization Institute-Wide Course |
| Email & Social Media Marketing & Management | Scalable Integration of Molecular Pathway Models | Traditional Medicines and Systems Biology Lectures |
| eMedics — Wellness in Workplace | Handwriting Recognition of Unrestricted Numerals | Health & Integrative Medicine Talks |



**Enterprise Platform for Wellness in the Workplace**

**Creating New Markets for Artists Worldwide**

**Destination for Tamil Arts and Culture**
more…

**Flow Visualization in Fluidized Bed Reactor**

**Ayyadurai's Four Point Theorem**
more…

**The Indus Entrepreneurs Innovation Lectures**

**Innovation Anytime, Any Place, by Anybody Lectures**
more…

---

**LATEST NEWS**

The Tamilian Who Created Email

Will the Bayer-Monsanto Deal Fail the Food System?

Meet the man who invented email at the age of 14

---

**DOWNLOAD EMAIL FACTS**

**What Is Email? And, Who Invented It?**
Dr. Leslie P. Michelson, Ph.D.
Rutgers University



**Origin of Email & Misuses of the Term "Email"**
Retd. Prof. Deborah Nightingale
Massachusetts Institute of Technology



**Invention of EMAIL in Newark, NJ (1978):**

**The First Email System**

Dr. Leslie P. Michelson, Ph.D.

Rutgers University

## VA SHIVA ON THE TIMES NOW NEWSHOUR DEBATE



Dr. V.A. Shiva Ayyadurai was featured on Times Now, in the Newshour Debate with Arnab Goswami on September 03, 2015. Dr. Shiva spoke about corruption at the CSIR and the fact that he was forced to flee from the country when he brought out a report highlighting this corruption. Click here to watch the video of the debate.

## THE INVENTOR OF EMAIL™ & SYSTEMS SCIENTIST



### Dr. V.A. Shiva Ayyadurai

Dr. V.A. Shiva Ayyadurai, the inventor of email and polymath, holds four degrees from MIT, is a world-renowned systems scientist, inventor and entrepreneur.

TALKS

INVENTOR OF EMAIL     BIO

### VA SHIVA ON FACEBOOK



Be the first of your friends to like this

**V.A. Shiva Ayyadurai**
3 hrs

Learn a much needed scientific framework to explain the science behind #Yoga asanas. http://ow.ly/KWun30 4Sp4H

### VA SHIVA ON TWITTER



Tweets by @va_shiva

**V.A. SHIVA**
@va_shiva

Learn a much needed scientific framework to explain the science behind #Yoga asanas. ow.ly/xfVU304Sdip

SYSTEMS HEALTH WORKSHOP

3h

**V.A. SHIVA**
@va_shiva

Channel more confidence, creativity, and #joy in your life with a basic understanding of your body's energy centers. ow.ly/9Ffn302xcKj

6h

V.A. SHIVA Retweeted

**Danielle Nierenber...**
@DaniNierenberg

Pollinators are literally the first farmers, bringing us food & thus bringing us life. We must do everything we can to protect them! #UNFAO

12h

**VA SHIVA SYSTEMS HEALTH**



**UPCOMING EVENTS**

Systems Health Workshop with Dr. V.A. Shiva Ayyadurai – October 2016 at Cambridge, MA

**October 15 - October 16**

Systems Health Workshop and Retreat – January 2017 at Luna Lodge, Costa Rica

**January 12, 2017 - January 15, 2017**

Advancing Patient Care Through Precision and Translational Medicine

**March 15, 2017 - March 16, 2017**

**View All Events**

**HONORING AMAZING WOMEN**



Meenakshi Ayyadurai

Case 1:16-cv-10853-NMG   Document 22-1   Filed 10/10/16   Page 12 of 69

**Mother of Dr. V.A. Shiva Ayyadurai**

1939-2012

This site is dedicated to the amazing women without whom life and all its immense brilliance would not exist. On the launch of the new VA Shiva web site, we begin our Amazing Women blog series honoring...

more…

## VA SHIVA AFFILIATES













Let's be friends

© 2007 - 2016. V.A. Shiva Ayyadurai | All rights reserved | **Privacy Policy**









Exhibit B



Try Prime

Books ▾

Departments ▾          Your Amazon.com      Today's Deals    Gift Cards & Registry        Hello, Sign in              0
                                                                                          Your Account ▾   Try Prime ▾   Lists ▾     Cart

Books    Advanced Search    New Releases    Best Sellers    The New York Times® Best Sellers    Children's Books    Textbooks    Textbook Rentals

Books › Business & Money › Industries

**The Email Revolution** and over one million other books are available for **Amazon Kindle**. Learn more





See all 2 images

# The Email Revolution: Unleashing the Power to Connect Hardcover – September 3, 2013

by V. A. Shiva Ayyadurai  (Author), Leslie P. Michelson (Foreword)

18 customer reviews

See all 3 formats and editions

| Kindle | Hardcover |
|---|---|
| $4.49 | **$21.72** |

Read with Our **Free App**

21 Used from $0.63
22 New from $6.62

In 1978, fourteen-year-old technology prodigy V. A. Shiva Ayyadurai invented email. From there, he would go on to manage email for the Clinton administration and create email-sorting software that would be used by some of the largest companies in the world, including Nike, AT&T, Toyota, and JC Penny. He discovered that incoming emails offered countless opportunities to mine data and solidify relationships with citizens and customers—opportunities of which

Read more



**"Be Obsessed or Be Average"**
A personal finance book about a man who went from rock bottom to multi-millionaire by pursuing his passion. Learn more | Kindle book



Share            <Embed>

| Buy New | $21.72 |
|---|---|

Qty: 1 ▾          List Price: $24.95
                  Save: $3.23 (13%)

**FREE Shipping** on orders with at least $25 of books.

**Only 1 left in stock (more on the way).**

Ships from and sold by Amazon.com. Gift-wrap available.

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

Add to Cart

Turn on 1-Click ordering for this browser

**Want it Saturday, Oct. 8?** Order within **10 hrs 42 mins** and choose **Two-Day Shipping** at checkout. Details

Ship to:
NEWYORK, NY 10001

| Buy Used | $0.63 |
|---|---|

Add to List

Have one to sell?    Sell on Amazon

## Special Offers and Product Promotions

- Get 0% intro APR on Balance Transfers for 18 months following approval for the **Citi Double Cash card**. After that, the variable APR will be 13.24%-23.24%, based on your creditworthiness. New cardmembers only. Card will arrive 5-7 business days after approval. Restrictions apply. See offer for details. Apply now.

## Editorial Reviews

### About the Author

**Dr. V. A. Shiva Ayyadurai** is an MIT systems scientist, technologist, entrepreneur, and educator. In 1978, at age fourteen, he invented the world's first email system, for which he was awarded the first US copyright for "email." He holds four degrees from MIT and is a Fulbright scholar, a Lemelson-MIT Awards finalist, and a Westinghouse Science Talent Honors Award recipient. He lives in Belmont, Massachusetts.

**Dr. Leslie P. Michelson** is the director of the High Performance and Research Computing Division at the University of Medicine and Dentistry of New Jersey. In the late 1970s, Michelson's organization provided the challenge, resources, and mentorship that led to the development of email by V. A. Shiva Ayyadurai. Michelson lives in Maplewood, New Jersey.

## Product Details

Start reading The Email Revolution on your Kindle **in under a minute.**

**Hardcover:** 256 pages
**Publisher:** Allworth Press; 1 edition (September 3, 2013)
**Language:** English
**ISBN-10:** 1621532631
**ISBN-13:** 978-1621532637
**Product Dimensions:** 6.2 x 6.2 x 9.2 inches
**Shipping Weight:** 15.5 ounces (View shipping rates and policies)
**Average Customer Review:** (18 customer reviews)
**Amazon Best Sellers Rank:** #3,453,145 in Books (See Top 100 in Books)
    #2047 in Books > Business & Money > Industries > Retailing
    #4467 in Books > Business & Money > Marketing & Sales > Marketing > Web Marketing
    #7293 in Books > Business & Money > Processes & Infrastructure > E-Commerce

Would you like to update product info or give feedback on images?

Don't have a Kindle? Get your Kindle here, or download a FREE Kindle Reading App.

New York Times best sellers
Browse the New York Times best sellers in popular categories like Fiction, Nonfiction, Picture Books and more. See more

## Customer Reviews

18

3.6 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 56% |
| 4 star | | 11% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 33% |

Share your thoughts with other customers

Write a customer review

See all 18 customer reviews

### Top Customer Reviews

Advertisement

**who should know better, to give him coverage**
By Amazon Customer on August 21, 2014
Format: Hardcover
A complete fraud, a charlatan, and a shameless self-promoter bordering on sick.. NOT the "inventor of email." (Good at convincing journalists, who should know better, to give him coverage, however). For details, see:
[...]
and
[...]

Comment | 26 people found this helpful. Was this review helpful to you? Yes No Report abuse

**Ayyadurai is NOT the inventor of email**
By P. Davis on August 22, 2014
Format: Hardcover
Interesting, considering Ray Tomlinson invented email fully 7 years earlier than Ayyadurai claims to. See, for instance: http://www.internethalloffame.org/inductees/raymond-tomlinson Ayyadurai claims his copyright proves he's the inventor of email, but copyrights are not awarded for inventions. A particular software program may be copyright-registered, but that really says nothing about the originality of the work.

Comment | 25 people found this helpful. Was this review helpful to you? Yes No Report abuse

**Total fraud that has been completely debunked.**
By Amazon Customer on September 8, 2014
Format: Hardcover
I would give zero stars if I could.

Below is a link to the Washington Post's Patrick B. Pexton chronicling the mistake he and his associate Emi Kolawole made to create the myth that e-mail in a generic sense was created by the author of this book. Instead Mr Ayyadurai created a small localized system for email called EMAIL many years after prior art was established, and copyrighted THAT. It is as if I created an automobile and named it CAR and claimed to have invented cars.'

Mr Pexton's article lists many technology experts who have provided the correct view of events, convincing Mr Pexton to retract his original story and defence. For that, I applaud Mr Pexton's

### Most Recent Customer Reviews

**The book reveals to what extent big business will go ...**
The book reveals to what extent big business will go to hide facts about truth in order to make a buck, going all the way to calling a guy with 4 degrees from MIT, who started 7... Read more
Published on August 30, 2014 by Ganesh

**Great case studies**
Great case studies. Just heard him on HuffPostLive. The case studies about how to use email have really changed my thinking about email as a creative medium to touch my... Read more
Published on August 29, 2014 by les elliot

**What a journey! How Ayyadurai endured all of those ...**
What a journey! How Ayyadurai endured all of those racist and personal attacks is a lesson for all of us in patience and forgiveness. Read more
Published on August 28, 2014 by PD

**Five Stars**
Great read on the power of email.
Published on August 26, 2014 by James He

**but great learing experience on how to harness the power of ...**
A little technical, but great learing experience on how to harness the power of email and utilize it for many purposes, especially communications.
Published on July 6, 2014 by WALTER LeVINE

Search Customer Reviews



Search

10/6/2016 The Email Revolution: Unleashing the Power to Connect V.A. Shiva Ayyadurai: Leslie P. Michelson: 9781621532631: Amazon.com: Books

Case 1:16-cv-10853-NMG Document 22-1 Filed 10/10/16 Page 16 of 69

intellectual courage.

[...]

Quote:

Posted at 03:31 PM ET, 03/01/2012
"So how did this happen really, in a nutshell?

V.A. Shiva Ayyadurai is a clever man, with MIT credentials, and a good sense of public relations plus a P.R. firm working with him. A press release by that P.R. firm got a young reporter/editor interested in his donation of his "EMAIL" documents to a well-respected D.C. institution, The Smithsonian's Museum of American History. Kolawole's interviews with Ayyadurai convinced her that he was interesting and worthy of a profile and online video interviews.

The ombudsman, me, after receiving complaints, talked to Kolawole twice about how she did the story, did some cursory research online and typed out a blog post that I now regret.

Going forward, here's what The Post is doing. I'm doing this lengthy mea culpa to set the record straight. Read more ›

Comment abuse | 10 people found this helpful. Was this review helpful to you? Yes No Report

**Book is completely false.**
By P. Haydon on September 8, 2014
Format: Hardcover
Book is based on lies. Ayyadurai did not invent email.
[...]

Comment abuse | 12 people found this helpful. Was this review helpful to you? Yes No Report

**Available for a penny**
By DDC on June 6, 2014
Format: Hardcover
Available for a penny and that is still highway robbery for this tome...the five star comments seem to be plants.

Comment abuse | 16 people found this helpful. Was this review helpful to you? Yes No Report

**V. A. Shiva Ayyadurai was not the inventor ...**
By C. A. Boomershine on July 20, 2016
Format: Hardcover
V. A, Shiva Ayyadurai was not the inventor of email. Electronic mail existed years before Ayyadurai supposedly invented it in 1978. See RFC 385,
RFC 561, RFC 680, and RFC 733 for proof.

Comment abuse | One person found this helpful. Was this review helpful to you? Yes No Report

**Incredible, poignant and practical**
By Ramesh Ravi on October 26, 2014
Format: Hardcover
Incredible, poignant and practical. A must read for every parent who wants to inspire their child. I wish there was more given about his early childhood and what motivated his choices.

Comment abuse | One person found this helpful. Was this review helpful to you? Yes No Report

**Incredible historical information**
By Harini on September 25, 2014
Format: Hardcover
Incredible historical information. Self-promotion, fraud and collusion exposed of a bunch of people trying to demolish the reputation of the boy who invented email.

Comment | Was this review helpful to you? Yes No Report abuse

**See all 18 customer reviews (newest first)**

Write a customer review

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** The Email Revolution: Unleashing the Power to Connect

Set up a giveaway

**Pages with Related Products.** See and discover other items: communication skills, business marketing

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Drive** Unlimited Cloud Storage From Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web | **Amazon Business** Everything For Your Business |
| **AmazonFresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Handpicked Pros Happiness Guarantee | **Amazon Inspire** Free Digital Educational Resources | **Amazon Video Direct** Video Distribution Made Easy | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Casa.com** Kitchen, Storage & Everything Home | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy |
| **Diapers.com** Everything But The Baby | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities |
| **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-Hour Delivery on Everyday Items | **Shopbop** Designer Fashion Brands | **Soap.com** Health, Beauty & Home Essentials | **TenMarks.com** Math Activities for Kids & Schools |
| **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Whispercast** Discover & Distribute Digital Content | **Woot!** Deals and Shenanigans | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

# Exhibit C

10/6/2016    Internet Publicity Guide: How to Maximize Your Marketing and Promotion in Cyberspace: V.A. Shiva: 9781880559604: Amazon.com: Books

Case 1:16-cv-10853-NMG   Document 22-1   Filed 10/10/16   Page 19 of 69



Try Prime

Books ▾   internet publicity

Departments ▾    Your Amazon.com    Today's Deals    Gift Cards & Registry      Hello. Sign in / Your Account ▾    Try Prime ▾    Lists ▾    0 / Cart

Books   Advanced Search   New Releases   Best Sellers   The New York Times® Best Sellers   Children's Books   Textbooks   Textbook Rentals

‹ Back to search results for "internet publicity"





See this image

# Internet Publicity Guide: How to Maximize Your Marketing and Promotion in Cyberspace Paperback
— June 1, 1997

by V.A. Shiva   (Author)

2 customer reviews

See all 2 formats and editions

| Paperback |
| from $2.13 |

36 Used from $2.13
16 New from $75.00

A step-by-step guide to how large and small companies can use the Internet for effective promotion and marketing. The text describes the principles of



**Game Hacking**
Check out this title to build autonomous bots for online games.

Share

**Buy Used**    $2.14
+ $3.99 shipping
**Used: Acceptable** | Details
Sold by Sierra Nevada Books

| Add to Cart |

Turn on 1-Click ordering for this browser



52 used & new from $2.13

| See All Buying Options |

| Add to List |

Have one to sell?    | Sell on Amazon |

---

## Customers Viewing This Page May Be Interested In These Sponsored Links   (What's this?)

1. **Optimum® Official Site** 🔗   - Internet/TV/Phone $89.95 2 Yrs + Free Multi Rm DVR Plus + Router! (optimum.com)

2. **Publicity** 🔗   - Secrets For Generating **Publicity** Revealed. Free Guide. Get It Now! (service.prweb.com)

3. **Mobile Billboard Ads** 🔗   - Get Your Ad Seen Outside with Stop & Stare Mobile Media. Call Now! (get.stopandstare... )

Ad feedback

---

## Product Details

**Paperback:** 224 pages
**Publisher:** Allworth Press; English Language edition (June 1, 1997)
**Language:** English
**ISBN-10:** 1880559609
**ISBN-13:** 978-1880559604
**Product Dimensions:** 9 x 6 x 0.5 inches
**Shipping Weight:** 11.2 ounces
**Average Customer Review:** (2 customer reviews)
**Amazon Best Sellers Rank:** #1,706,627 in Books (See Top 100 in Books)
     #667 in Books > Business & Money > Marketing & Sales > Marketing > **Multilevel**
     #1027 in Books > Business & Money > Marketing & Sales > Marketing > **Direct**
     #2442 in Books > Business & Money > Marketing & Sales > Marketing > **Web Marketing**

Would you like to **update product info** or **give feedback on images**?

## Related Video Shorts



**Tell the Publisher!**
I'd like to read this book on Kindle

Don't have a Kindle? Get your Kindle here, or download a FREE Kindle Reading App.

**New York Times best sellers**
Browse the New York Times best sellers in popular categories like Fiction, Nonfiction, Picture Books and more. See more



How to Network
Successfully

1:32

---

## More About the Author

› Visit Amazon's V. A. Shiva Page



Discover books, learn about writers, read author blogs, and more.

Follow on Amazon
Follow authors to get new
release updates, plus
improved
recommendations and
more coming soon.

2

## Customer Reviews

3.5 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 50% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 50% |
| 1 star | | 0% |

See both customer reviews

Share your thoughts with other customers

Write a customer review

Advertisement

### Top Customer Reviews

**Very Basic**

By A Customer on November 16, 1998

Format: Paperback    **Verified Purchase**

This book is best used by novice Internet users. If you are familiar with the Internet, don't waste your time. You know most of what is in this book and I guarantee you will figure out the rest on your own as you go through your promotional plan.

Comment    4 people found this helpful. Was this review helpful to you?    Yes   No    Report abuse

**Excellent. Really well–written both for novices and expert**

By A Customer on May 3, 1998

Format: Paperback

Simply great overview and details on carrying out a marketing campaign using the Web and the do's and dont's of netiquette. He pays a great deal of attention to the concept of community.

Comment    One person found this helpful. Was this review helpful to you?    Yes   No    Report abuse

Search Customer Reviews

[                    ] Search

**See both customer reviews (newest first)**

Write a customer review

**Pages with Related Products.** See and discover other items: business marketing

Back to top

10/6/2016 Internet Publicity Guide: How to Maximize Your Marketing and Promotion in Internet and Online Service Providers: Daniel Janal: 9781880559609: Amazon.com: Books

Case 1:16-cv-10853-NMG Document 22-1 Filed 10/10/16 Page 21 of 69

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | |
|---|---|---|---|---|---|
| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools |
| Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

Exhibit D

The Man Who Invented Email | TIME.com

☰        Sign In    Subscribe

 

Expand to see how

**FRIENDS OF TECH**

# The Man Who Invented Email

By Doug Aamoth | Nov. 15, 2011

Like [5K]   Tweet [G+1] 100   [Share] 276    [ Read Later ]

If you're reading this, you're online and, as such, you probably have an email account. But have you ever wondered about the origins of email? It's not exactly a cut-and-dried case, as various forms of electronic messaging have been around since the humble telegraph.



Photo by Donna Coveney

I had the opportunity to sit down with V.A. Shiva Ayyadurai, who holds the first copyright for "EMAIL"—a system he began building in 1978 at just 14 years of age. It was modeled after the communication system being used at the University of Medicine and Dentistry in Newark, New Jersey. His task: replicate the University's traditional mail system electronically.

And with that, email—as we currently know it—was born.

Email      Print

Share

Follow @techland

In 1981, Shiva took honors at the Westinghouse Science Awards for his "High Reliability, Network-Wide, Electronic Mail System" and attended MIT later that fall. The copyright for the term EMAIL was granted to Shiva in 1982, after which he won a White House competition for developing a system to automatically analyze and sort email messages. That technology eventually became the basis for EchoMail, a service used by several large businesses.

**(LIST: Ten of the Shortest-Lived Tech Products Ever)**

Here's the interview:

## What's the backstory of email? How did it all come together?

**Shiva:** It was purely out of the love of doing it. I was given this opportunity to just program, and this was in 1978 when you couldn't get a programming job, per se—it was very, very early. I look back on that scene: Here's a 14-year-old living in New Jersey, and the National Science Foundation put out a call saying they needed to educate the youth on computer programming.

There was a very interesting and visionary computer professor at NYU called Henry Mullish, who was at the Courant Institute of Mathematical Sciences, a very, very prestigious institute. So Henry basically said, "Okay, let's get 40 high school students in an immersion program trained on seven different programming languages." And I was one of those 40 selected.

Henry did this interesting thing: He basically taught us all these old programming languages—COBOL, SNOBOL, PL/I—for eight weeks, from June until the end of the summer. So I finished up, and my mom was working at the University of Medicine and Dentistry of New Jersey, which is in Newark—my parents had just come from India five years before and my mom was a mathematician. She introduced me to this guy Les Michelson, who was your typical mad scientist—he had worked at Brookhaven National Labs as a particle physicist.

He was given a room to put his first computer in and start the lab for computer science, which was one computer and one HP mainframe. And Les said, "Hey, would you like to create an electronic mail system?" So I said, "Yeah," and I was just nodding my head, thinking he meant sending electricity through paper, because this guy's a particle physicist.

I came back the next day and he said, "Look, I want you to go observe how people send out mail." Basically, each

### POPULAR AMONG SUBSCRIBERS

**Japan's Booming Sex Niche: Elder Porn**

**Young Kids, Old Bodies**

**Benedict Cumberbatch Talks Secrets, Leaks, and Sherlock**

**Obama's Trauma Team**

### Most Popular

**FROM TECH**

1   The 10 Best Android Games for Kids






doctor had an office and the secretary typed the word "memorandum" followed by the "to:", the "from:", the subject line, the body, and then any carbon copies or attachments. And Michelson said, "Your job is to convert that into an electronic format. Nobody's done that before."

These guys I was working with were in their 50's and 60's, and they treated me as an equal. And I think that was a fascinating thing: Here's a 14-year-old working among 60-year-olds, and it was like there was no difference. That's why I think innovation takes place in America. In countries like India or China, a Steve Jobs will never come around. The fundamentals aren't there—there's this feudal hierarchy. So just in retrospect, I look back and these guys let me into this very collegial atmosphere.

*article continues on next page...*

(**MORE:** A Brief History of the Computer)

| Previous | | 1 | 2 | 3 | 4 | 5 | | Next |
|---|---|---|---|---|---|---|---|---|



**Doug Aamoth**

Aamoth handles tech-related news, reviews, how-to's and videos as an editor at TIME. He lives in Boston and has spent more than 15 years in the tech industry.

**AROUND THE WEB**

Sponsored Links by


**At $1 Billion, This Startup Is Winning The Shaving Wars**
Harry's


**The only hoodie with a six-month wait. Trust me, it's worth it.**
Business Insider


**Thinking About Going Solar? Read This First**
Home Solar Programs


**Best New Smartphones 2016: What You Should Know**
Yahoo Search


**The 25 Most Disturbing Archeological Discoveries In History**
GuiltyFix


**Two Savings Accounts That Pay 10 Times What Your Bank Pays**
MyFinance


**Looking for a New Job? Use the Most Powerful Search to Tool to…**
Monster


**No one can fly this plane. And that's a good thing.**
CNET

2   Yes, the PlayStation 4 Supports External Storage, but There's a Catch

3   How Long Does It Take to Hit Level 160 in *Diablo III*?

4   The 10 Best New *Skyrim* Mods for August 2012

5   An iMessage App Is Now Available for Android, but There's a Catch

**FROM TIME.COM**

1   Russian Forces Double Along Ukraine Border

2   Gangs of 'Powerfully Built' Women Are Mugging Tourists on the Streets of Hong Kong

3   Putin Phones Obama To Discuss Ukraine, White House Says

4   Colbert Tweet Draws Accusations of Racism and #CancelColbert

5   There's A Scientific Reason for Why You Look Weird In Selfies

**CONNECT WITH TIME**



Follow @TIME   10.6M followers    Like   9.7M

TIME

G+ Follow   +1

+ 9,402,719

**VIDEOS**     More vide

Embed    Email    Share


**Quick Gmail Trick: Pre-Write Email Messages with Canned Responses**


**Quick Tech Trick: Use Your iPhone as a Flashlight**


**Quick Tech Trick: Search a Specific Site with Google**



The Man Who Invented Email | TIME.com

☰

Sign In    Subscribe



Microsoft Cloud

**FRIENDS OF TECH**

# The Man Who Invented Email

By Doug Aamoth | Nov. 15, 2011

Like 5K   Tweet   G+1 100   Share 276   Read Later

## So the original system was set up for doctors to communicate electronically using the template they were already used to.



Photo by Donna Coveney

**Shiva:** Yeah. The way the University of Medicine and Dentistry was set up was that they had three locations—Newark, Piscataway, and New Brunswick. Within each building, they had those old tubes where you'd put the container in and it'd get shot around to the right place. And I just observed how these guys sent mail out. It was fascinating. The secretary would write something, she'd put the carbon copy—literally a carbon copy—in the container and send it out.

So in order to create a real email system, you needed a relational database and you needed to make it really easy. Even today, if you read a Forrester report, I think 15 or 16 percent of doctors still don't use e-mail. We had to make a simple user interface: inbox, outbox, folders—those were literally replicas of how these guys communicated using physical mail.

And that's what I ended up doing in '78 and '79. We did one of the early demos and wrote the user manual—all this stuff: training, tutorials—and a lot of it was the cultural piece. How do you get people to convert? Would the doctors use it or would the assistants use it?

I was planning on dropping out of high school because I was just very bored, and one of my teachers urged me not to drop out, telling me about this thing called the Westinghouse Science Contest—I think they call it the Intel Science Awards now. He told me I should apply for it, and the application was "a High Reliability, Network-Wide, Electronic Mail System."

And so I ended up winning one of the honors awards out of that. It's only then that I started realizing what the significance was. But when I really noticed it was when I came to MIT in 1981 and on the front page of the paper, they described three students out of the incoming class of a thousand, saying that one of the students designed the first electronic mail system.

Then later, I think it was '81 or '82, the RFC protocol was changed to add the "from:", the "cc:"—those things. So that was an afterthought. But when I refer to electronic mail, it's literally the conversion of this paper mail into electronic mail. And people still don't get that definition, so that's why there's this confusion. They think it was text messaging, so Facebook or any of these other platforms are going to replace it, right?

## Ray Tomlinson is often credited as the inventor of email. Is he credited correctly, in your opinion, or should he be credited for something else?

**Shiva:** I think that's the thing that's sort of resulted in this confusion. Since '94, people have always said something's going to kill e-mail—and the latest was text messaging, right? Ray and Tom Van Vleck really did text messaging. In fact, in one of Tom's early communications he says his boss wouldn't let him do electronic letters internally, which is actually the mail piece of it. So they were more focused from a messaging standpoint: How do you get a message from point A to point B to manipulate another machine at that more core level?

Where did blind carbon copies come from? Was it a function the

**POPULAR AMONG SUBSCRIBERS**


**Japan's Booming Sex Niche: Elder Porn**


**Young Kids, Old Bodies**


**Benedict Cumberbatch Talks Secrets, Leaks, and Sherlock**


**Obama's Trauma Team**

**Most Popular**

**FROM TECH**

1   The 10 Best Android Games for Kids

2   How to Sign Your Name Inside a Word Document

3   Yes, the PlayStation 4 Supports External Storage, but There's a Catch

4   An iMessage App Is Now Available for Android, but There's a Catch

5   How to Unlock an AT&T iPhone in 5 Easy Steps (If You're Lucky)

**FROM TIME.COM**

1   Russian Forces Double Along Ukraine Border

2   Gangs of 'Powerfully Built' Women Are Mugging Tourists on the Streets of Hong Kong

Email   Print   Share   Follow @techland

## Where did blind carbon copying come from? Was it a function doctors were using?

**Shiva:** Yes, they used to call it "BCC". Michelson would do this. If he wanted to spread a message, he would "CC" it.

If he wanted to let his boss know but he didn't want other people to know because of certain office politics, he would "BCC" it.

## So those functions were in place.

**Shiva:** Yes, those things were present in the actual office mail systems. That's what I did. That was "electronic mail," with the emphasis on the word "mail"—it should really be lowercase E.

## It sounds like the system we use today hasn't changed all that much.

**Shiva:** Exactly, because the fundamentals of the system came from interoffice mail, which went through decades and decades of development. There's still the "to:", the "from:", the "cc:", the subject line, the body and the attachments. Attachments were originally called enclosures, because in the physical mail system they'd type "encl." followed by the enclosure.

*article continues on next page...*

(**LIST:** [The 10 Most Dangerous Celebrities on the Internet](#))

| Previous | | 1 | 2 | 3 | 4 | 5 | | Next |



**Doug Aamoth**

Aamoth handles tech-related news, reviews, how-to's and videos as an editor at TIME. He lives in Boston and has spent more than 15 years in the tech industry.

**AROUND THE WEB**

Sponsored Links by



**Alaska Cruises – 7 Days of "Open Jaw" Splendour**
Silversea



**Theater-Goers Love Sara Bareilles's 'Waitress'**
Forbes




**8 Celebrity-Approved Ways to Wear Blue Eyeshadow**
Beauty Dime



**The 33 Unseen Trails from Around the World #12 Is The Most...**
dopecelebs.com





**Obama's War on Cash Exposed**
The Sovereign Investor

**Seeing These Razors Everywhere? Here's Why**
Harry's



**Barbecue Bucket List: 5 Spots to Try This Season**
CT Visit



**Thinking About Going Solar? Read This First**
Home Solar Programs

---

3   Putin Phones Obama To Discuss Ukraine, White House Says

4   Colbert Tweet Draws Accusations of Racism and #CancelColbert

5   There's a Scientific Reason for Why You Look Weird In Selfies

**CONNECT WITH TIME**

Follow @TIME   10.7M followers    Like   9.7M



TIME

G+ Follow   +1

+ 9,404,902

**VIDEOS**     More vide

Embed    Email    Share





**Quick Gmail Trick: Pre-Write Email Messages with Canned Responses**

**Quick Tech Trick: Use Your iPhone as a Flashlight**

**Quick Tech Trick: Search a Specific Site with Google**

☰    Sign In    Subscribe



FRIENDS OF TECH

# The Man Who Invented Email

By Doug Aamoth | Nov. 15, 2011

Like  5K    Tweet   100  Share 276    Read Later

## Are there parts of email you think could be improved now?


Photo by Donna Coveney

**Shiva:** I think one of the interesting areas is going to be—and Google+ is sort of doing this—verification of who you are. That security piece. Email marketing firms and some of the large non-profits have set up this thing called Sender ID, so they've done it at the IP level—at the server level.

And for video, I think there's going to be ways that when you produce your email, you'll be able to produce videos easier. Those are just links and attachments now.

But email, I think, is a mainstay because it's still a part of that old interoffice mail communication. It has certain properties that are very different than what you do with Twitter or those kinds of media. It's almost like there's a kind of operating system of electronic messaging, and above that are these apps. Email is a fundamental application. Twitter is an application because of the way the medium is used for that.

Email    Print

Share

**Follow @techland**

So how is electronic mail going to change? It's going to really find what it was originally for: business communications, letters—those kinds of things. And then I think you're going to see this segmentation: quick messaging, colloquial messaging—that'll be done through text messaging and those kinds of things.

## What are your thoughts about the future of email as it pertains to the U.S. Postal Service?

**Shiva:** In 1997, after I'd started EchoMail, I met with the Postal Service because I could clearly see that the Postal Service needed to be involved in email because there was this whole trust issue.

When we used to go to large companies, they were getting inbound email that they needed to manage—especially on the outbound side. There's the whole thing with sender verification and spam, and the Postal Service had this huge opportunity right there. I've always felt that, even today, the Postal Service has a huge opportunity.

One example is that on the inbound side, many small businesses and mid-market businesses still get inbound email. And even if it's a low amount of email, if you don't respond, there's an 85 percent chance that you could lose your customer. And many of them don't know how to do it.

If you think about what the Postal Service fundamentally does, those guys are trained to get mail and sort mail—there's trust verification. The Postal Service could offer at least level-one or level-two support, where a company could say, "Sort my email for me and put it into the right buckets." Because that's what most people deal with—the sales leads, the junk, and those kinds of things. Some of it can be automated, but there's other areas where you can do that sort of semi-automatic piece. And what's happened in the U.S. now is that companies put in an infrastructure like EchoMail, which does that sorting, and then they have humans that do the second-level review. And most of those humans are overseas.

So companies essentially set up internal email post offices to do that function, and I think that's a function the Postal Service could offer because you have that trust. It's a very interesting security issue. You currently have people 10,000 miles away handling all sorts of very, very serious and personal information.

POPULAR AMONG SUBSCRIBERS

**Japan's Booming Sex Niche: Elder Porn**



**Young Kids, Old Bodies**



**Benedict Cumberbatch Talks Secrets, Leaks, and Sherlock**



**Obama's Trauma Team**



Most Popular

FROM TECH

1    The 10 Best Android Games for Kids



And on the outbound side, the Postal Service now wants to implement this thing called eMailbox, which would take your physical address and associate it with an email address to get all your bills and everything. I like the concept, particularly if you look at email from a legal standpoint. In the U.K. now, you can serve someone through email thanks to a recent court ruling. So I think it opens up all these other things that are sort of in this gray area, since email is currently not associated with a physical address.

*article continues on next page...*

(LIST: 50 Best iPhone Apps of 2011)

Previous          1   2   3   4   5          Next


**Doug Aamoth**
Aamoth handles tech-related news, reviews, how-to's and videos as an editor at TIME. He lives in Boston and has spent more than 15 years in the tech industry.

AROUND THE WEB                                    Sponsored Links by


**How This Outrageously Comfortable Mattress Became a $100M Success**
Casper


**The 10 Most Comfortable Heel Brands on the Planet**
The Fashion Spot


**Their Shocking Final Words Before They Died**
Viral Piranha


**The Spouses of These Celebs Will Leave You Speechless (Photos)**
BreakVille


**8 Celebrity-Approved Ways to Wear Blue Eyeshadow**
Beauty Dime


**Theater-Goers Love Sara Bareilles's 'Waitress'**
Forbes


**20 Cute Nail Designs and Ideas You Wish To Try**
Daily Spikes


**The 33 Unseen Trails from Around the World #12 Is The Most...**
dopecelebs.com

How to Sign Your Name Inside a Word Document

**3**  Yes, the PlayStation 4 Supports External Storage, but There's a Catch

**4**  An iMessage App Is Now Available for Android, but There's a Catch

**5**  How to Unlock an AT&T iPhone in 5 Easy Steps (If You're Lucky)

FROM TIME.COM

**1**  Russian Forces Double Along Ukraine Border

**2**  Gangs of 'Powerfully Built' Women Are Mugging Tourists on the Streets of Hong Kong

**3**  Putin Phones Obama To Discuss Ukraine, White House Says

**4**  Colbert Tweet Draws Accusations of Racism and #CancelColbert

**5**  There's A Scientific Reason for Why You Look Weird In Selfies

**CONNECT WITH TIME**

Follow @TIME   10,7M followers        Like   9,7M



**VIDEOS**                                    More vide


Quick Gmail Trick: Pre-Write Email Messages with Canned Responses


Quick Tech Trick: Use Your iPhone as a Flashlight


Quick Tech Trick: Search a Specific Site with Google

Embed      Email      Share



Sign In    Subscribe

**FRIENDS OF TECH**

# The Man Who Invented Email

By Doug Aamoth | Nov. 15, 2011

Like   5K     Tweet   G+1   100     Share   276     Read Later

**Yeah, I currently scan most of my mail just because I want an electronic version of it. It'd be nice to have that done right at the post office level so if I went on vacation, for instance, I wouldn't have to worry about my mailbox filling up.**



Photo by Donna Coveney

**Shiva:** So that service—they should have done that back in '97. When I met with them, the goal was, "Well, we're a $50 billion company. Yeah, email's there but it's not that interesting."

But I think it comes down to that issue that people don't understand what electronic mail is. It's this electrification of letters—it's not just messaging.

Email        Print

Share

Follow @techland

## Do you think email is killing the Postal Service?

**Shiva:** There are various factors in the postal system. It's a large organization and they have some of these policy issues, right? But I think, fundamentally, when you look at the Postal Service, it was literally set up at the time of the inception of the United States. It's that old—it's very aligned to democracy. But if you look at Benjamin Franklin, the guy's an amazing innovator. He set up the logistics of how this thing would work—the different services, the delivery times—the guy was phenomenal.

Fast-forward to 1997 and you see this explosive growth in email. And what do these guys do? They basically didn't do anything innovative. They basically sort of made tweaks. And even now after this whole eMailbox thing was proposed, their stance is, "Well *maybe* we should look into it in the future." So there's this fundamental lack of commitment to innovation.

It's a large organization still making revenue. The fact is that because that revenue's dropping and because email volume's grown—I think by 60 percent or so—the volume of billing has been taken over by email. So what used to be bills, 60 to 70 percent is now email.

And I think segment by segment, that's going to occur. So I think that if the Postal Service doesn't get on board quickly and start offering some of these electronic services, their solution is going to be the standard financial application—lay people off and close branches.

In fact, the former head of the union had written several memos saying the Postal Service should start using the electronic medium, but I think the management fundamentally still views itself as, "We're Walmart. We've got 500,000 people. We have this core business. How do we tweak it with first-class mail?" Those kinds of issues. They're starting to awaken a little bit, but I think that unless they take a fundamentally innovative approach, they're going to have problems.

## What's the solution?

**Shiva:** The solution right now is to lay off 100,000 people. But those 100,000 people—if you think about the mentality they've been trained in—have the discipline, by and large, where you could put them on an electronic frontend and have them do electronic services like email sorting.



**POPULAR AMONG SUBSCRIBERS**

**Japan's Booming Sex Niche: Elder Porn** 

**Young Kids, Old Bodies** 

**Benedict Cumberbatch Talks Secrets, Leaks, and Sherlock** 

**Obama's Trauma Team** 

**Most Popular**

FROM TECH

1   The 10 Best Android Games for Kids

And the number of companies in the U.S. that need that right now is desperate. There's a Jupiter report saying 67 percent of companies still don't manage their inbound mail well. And managing email isn't an area where you can train people quickly.

The issue is that companies—even large companies—think of email as phone calls. There's still this lack of understanding about what email is, so they'll say, "I'm going to take some phone guys and have them answer email for me." But it's a different activity. Answering phones synchronously is very different than reading an email, sorting it, figuring out which bucket it goes in, and then responding.

So I think the Postal Service has this huge opportunity. They could use those 100,000 workers and it's not that much training. U.S. companies do it in 90 days now. They get people who barely speak English, and they train them to sort and process email, and they charge on a per-unit basis. The Postal Service already has physical real estate. They could put terminals in there and offer those services to local businesses, and just brand it as "You have your email. We'll process it for you and we'll tell you what your sales leads are."

*article continues on next page...*

(**LIST:** [The 10 Most Memorable Apple Commercials](#))

| Previous | | | 1 | 2 | 3 | 4 | 5 | | Next |



**Doug Aamoth**
Aamoth handles tech-related news, reviews, how-to's and videos as an editor at TIME. He lives in Boston and has spent more than 15 years in the tech industry.

**AROUND THE WEB**        Sponsored Links by



**The 33 Unseen Trails from Around the World #12 Is The Most…**
dopecelebs.com



**Theater-Goers Love Sara Bareilles's 'Waitress'**
Forbes



**8 Celebrity-Approved Ways to Wear Blue Eyeshadow**
Beauty Dime



**The 10 Most Comfortable Heel Brands on the Planet**
The Fashion Spot



**This West Texas Hub City Has Endless Arts & Culture**
Visit Lubbock • This is West Texas



**Barbecue Bucket List: 5 Spots to Try This Season**
CT Visit



**Top 10 credit cards of 2016**
NextAdvisor



**The One Design Trick That Instantly Updates the Look of Any Room**
Walmart House Proud

---

2   How to Sign Your Name Inside a Word Document

3   Yes, the PlayStation 4 Supports External Storage, but There's a Catch

4   An iMessage App Is Now Available for Android, but There's a Catch

5   How to Unlock an AT&T iPhone in 5 Easy Steps (If You're Lucky)

**FROM TIME.COM**

1   Russian Forces Double Along Ukraine Border

2   Gangs of 'Powerfully Built' Women Are Mugging Tourists on the Streets of Hong Kong

3   Putin Phones Obama To Discuss Ukraine, White House Says

4   Colbert Tweet Draws Accusations of Racism and #CancelColbert

5   There's A Scientific Reason for Why You Look Weird In Selfies

**CONNECT WITH TIME**

Follow @TIME [ 10,7M followers ]    Like [ 9,7M ]



TIME

G+ Follow   +1

+ 9,404,904

**VIDEOS**        **More vide**



Embed    Email    Share



**Quick Gmail Trick: Pre-Write Email Messages with Canned Responses**



**Quick Tech Trick: Use Your iPhone as a Flashlight**



**Quick Tech Trick Search a Specific Site with Google**



Sign In    Subscribe



FRIENDS OF TECH

# The Man Who Invented Email

By Doug Aamoth | Nov. 15, 2011

Tweet   100    Share    Pin it   Read Later

## So the argument about not wanting the post office reading your email...



**Shiva:** Somebody's already reading your email, in this instance. Who's reading your email? You currently have temporary workers coming in and out. Mid-market companies are outsourcing to a call center, which outsources to the Philippines or India. You already have that going on.

I don't want to be jingoistic, but this economy has problems. Why are we laying off 100,000 people? It's absolutely insane, when these people are trained in processing mail. You can move them to the email platform. There's a huge need.

Photo by Donna Coveney

Email      Print

Share

Follow @techland

## Same basic sorting process.

**Shiva:** Same basic sorting process. If Franklin was around, he would have done email. The protocols that he had to put in place—he had to set up individual nodes, set up delivery times, there's a security issue and there's the issue of how fast you respond.

This is all the stuff companies face. Companies have service levels now. If you send an email, the company should respond within four hours. Most companies don't respond within two days. It's perfect for the Postal Service. It's a mind-shift for them to think, "Why are we sorting other people's electronic mail?" But it's basically taking a trusted service and moving it online.

And I did a calculation: I think they could easily generate $6 billion in revenue. To process an email usually costs around $2 to $3—that's what outside companies charge now for a small volume of messages once you work in all the overhead. Obviously if you can do more volume, it costs less, and the Postal Service can do it for less because they have so many people. It's just a killer service that's waiting there.

## What's the end result? Certain mail gets put in certain folders?

**Shiva:** Certain folders and you can choose certain responses. You can have your email sorted into various buckets, or you can have the response selected and ready to go. So they could offer two levels of service. One is that they'd prepare a response that you could approve. The other is that if you trust them, they could just send the response out.

If it's someone asking a billing question that could be handled without intervention: great. Otherwise it could be escalated. This is being done right now by call centers. I don't believe there's enough security there—I've been in enough of them. They have a 70 percent turnover rate in call centers. I don't think the Postal Service has that high of a turnover rate.

Similarly, the Postal Service already does a lot of direct marketing. So they could own the direct marketing channel, too, and do more of the verification piece.

## So the big issue is getting the Postal Service on board with services like this.

**Shiva:** Yeah, I think the Postal Service still has an opportunity but the issue is what's going to incent them to do it. I

### POPULAR AMONG SUBSCRIBERS

**Japan's Booming Sex Niche: Elder Porn**



**Young Kids, Old Bodies**



**Benedict Cumberbatch Talks Secrets, Leaks, and Sherlock**



**Obama's Trauma Team**



### Most Popular

FROM TECH

1  The 10 Best Android Games for Kids

think there's a lot of thrust to just cut jobs and follow this very mundane economic approach versus being innovative. It's pretty sad when you really think about the number of people they have trained just sitting there.

*You can read more about Shiva and check out early articles and documents* *on his website...*

| Previous | 1 | 2 | 3 | 4 | 5 | Next |



### Doug Aamoth

Aamoth handles tech-related news, reviews, how-to's and videos as an editor at TIME. He lives in Boston and has spent more than 15 years in the tech industry.

**AROUND THE WEB**　　　　　　　　　　　Sponsored Links by



**Your child needs stitches, what you should know.**
PM Pediatrics



**8 Beautiful Drives to Take Through Virginia History**
Virginia is for Lovers



**What Has Been The 2016 Best Skin Tighteners ?**
The Modern Man Today



**9 Essential Makeup Supplies (#2 is a game changer)**
Beauty Dime



**This West Texas Hub City Has Endless Arts & Culture**
Visit Lubbock • This is West Texas



**Theater-Goers Love Sara Bareilles's 'Waitress'**
Forbes



**Barbecue Bucket List: 5 Spots to Try This Season**
CT Visit



**Thinking About Going Solar? Read This First**
Home Solar Programs



| 2 | How to Sign Your Name Inside a Word Document |
| 3 | Yes, the PlayStation 4 Supports External Storage, but There's a Catch |
| 4 | An iMessage App Is Now Available for Android, but There's a Catch |
| 5 | How to Unlock an AT&T iPhone in 5 Easy Steps (If You're Lucky) |

**FROM TIME.COM**

| 1 | Russian Forces Double Along Ukraine Border |
| 2 | Gangs of 'Powerfully Built' Women Are Mugging Tourists on the Streets of Hong Kong |
| 3 | Putin Phones Obama To Discuss Ukraine, White House Says |
| 4 | Colbert Tweet Draws Accusations of Racism and #CancelColbert |
| 5 | There's A Scientific Reason for Why You Look Weird In Selfies |

**CONNECT WITH TIME**

Follow @TIME　10,7M followers

**VIDEOS**　　　　　　　　　　　　**More vide**

Embed　　　Email　　　Share



**Quick Gmail Trick: Pre-Write Email Messages with Canned Responses**



**Quick Tech Trick: Use Your iPhone as a Flashlight**



**Quick Tech Trick: Search a Specifi Site with Google**

Exhibit E

10/6/2016 How The Guy Who Didn't Invent Email Got Memorialized In The Press & The Smithsonian As The Inventor Of Email | Techdirt

Case 1:16-cv-10633-NMG Document 22-1 Filed 10/10/16 Page 34 of 69



| Search Techdirt | Search |

Techdirt    Wireless News    Innovation    Case Studies    Startups    Net Neutrality    **Techdirt Deals!**    Preferences    Register    Sign In

Main    Submit a Story    RSS

Follow Techdirt

**PODCAST** ▶ Techdirt – Passwords Suck; What's Next?    SOUNDCLOUD

<< ACTA Approval On Hold While EU Commission Asks…    La La La La La: The Internet Routes Around… >>

Insider Shop - Show Your Support!

READ POSTS EARLY, JOIN THE INSIDER CHAT & MORE
INSIDER SHOP    SUPPORT US

# How The Guy Who Didn't Invent Email Got Memorialized In The Press & The Smithsonian As The Inventor Of Email

from the *damn-you-wikipedia* dept

Email
by Mike Masnick
Wed, Feb 22nd 2012
12:54pm

Filed Under:
copyright, email,
history, inventor,
va shiva ayyadurai

Companies:
smithsonian, time,
washington post

Permalink.

Advertisement

Late last week, the Washington Post reported that The Smithsonian had acquired "tapes, documentation, copyrights, and over 50,000 lines of code" from V.A. Shiva Ayyadurai, who both the Smithsonian and the Washington Post insisted was the "inventor of e-mail." There's just one problem with this: It's not actually true. Lots of internet old-timers quickly started to speak out against this, especially on Dave Farber's Interesting People email list, where they highlighted how it's just not true. As is nicely summarized on Wikipedia's talk page about Ayyadurai, he was responsible for "merely inventing an email management system that he named EMAIL," which came long after email itself. The Washington Post eventually offered the following "clarification":

> *Clarification: A number of readers have accurately pointed out that electronic messaging predates V. A. Shiva Ayyadurai's work in 1978. However, Ayyadurai holds the copyright to the computer program called "email," establishing him as the creator of the "computer program for [an] electronic mail system" with that name, according to the U.S. Copyright Office.*

| $22.94 | -49% | -49% |
| $16.56 | | |
| Click | | |
| -64% | -30% | -62% |

Report this ad    |    Hide Techdirt ads

**Essential Reading**

Except... that "clarification" seems to confuse copyright with patents. Copyright is only over the specific copyrightable work created -- which would be the specific code he used. It does not, in any way, establish him as "the creator" of "the" electronic mail system -- merely an electronic mail system -- and hardly the first one. I could write some sort of email management software tomorrow and copyright that... and it would no more make me an "inventor" of email than Ayyadurai.

There's a detailed history of email over at the NetHistory site, and you'll note that Ayyadurai doesn't warrant a mention -- which isn't surprising since his work comes way after most of the important stuff was done. Thomas Haigh sent a detailed email to the SIGCIS list, breaking down what happened. Apparently, Time Magazine ran a profile of Ayyadurai a few months back, calling him "the man who invented email," which resulted in the Smithsonian's interest. But even that article notes at the beginning that Ayyadurai actually just holds a copyright on EMAIL, rather than email itself. It even asks about the fact that Ray Tomlinson is often credited as being the inventor of email -- and his efforts came much earlier.

Either way, it appears that Ayyadurai has played up this idea that he's the inventor of email, despite little to back that up (apparently frustrating many people who actually know the history). Yes, he copyrighted a particular bit of code, but there's little to support the idea that he had very much to do with "the invention of email" in any way. But, that's not what the Washington Post (or, apparently, the Smithsonian) will tell you...

**Hot Topics**

6.0    Prominent Pro-Patent Judge Issues Opinion Declaring All Software Patents Bad

5.5    Trump Adds To His Anti-First Amendment Legacy In Threatening To Sue Clinton For Campaign Ads

5.4    Report: DEA Blowing Money On Liars, Thieves, And Amtrak Employees

**New To Techdirt?**
*Explore some core concepts:*

Saying You Can't Compete With Free Is Saying You Can't Compete Period

The Future Of Music Business Models (And Those Who Are Already There)

How Being More Open, Human And Awesome Can Save Anyone Worried About Making Money In Entertainment

read all »

Techdirt Deals

36 Comments  |  Leave a Comment



GET A FREE 1-YEAR SUBSCRIPTION TO THE TECHDIRT CRYSTAL BALL WHEN YOU SIGN UP FOR VPN SERVICE FROM PRIVATE INTERNET ACCESS

GET EARLY ACCESS TO TECHDIRT POSTS & PROTECT YOUR ONLINE PRIVACY WITH TOP-RATED VPN SERVICE

Hide Techdirt ads



BUY NOW

If you liked this post, you may also be interested in...

- Yahoo Issues Tone Deaf Non-Denial Denial Of Email Scanning Report
- EFF Exposing The Back-Room Deals That Allow Corporations And Governments To Control The Web
- Yahoo Secretly Built Software To Scan All Emails Under Pressure From NSA Or FBI
- Will The Washington Post Give Back Its Pulitzer And Stand Trial With Snowden?

10/6/2016    How The Guy Who Didn't Invent Email Got Memorialized In The Press & The Smithsonian As The Inventor Of Email | Techdirt

Case 1:16-cv-10853-NMG   Document 22-1   Filed 10/10/16   Page 35 of 69

FRESHeBUDS Pro
Magnetic Bluetooth
Earbuds

- Washington Post Charges An 'Activation' Fee To Let You Pay Them To Get Around Their Paywall

**Reader Comments** (rss)

(Flattened / Threaded)

Show All Comments ▾

1.  :Lobo Santo (profile), *Feb 22nd, 2012 @ 12:58pm*    + | + | FW | LW

   **G.E.A.R.**

   That's a heck of a plan!

   I think I'll code something whose name works out to 'GEAR' or 'WHEEL' or 'FOOD' and with any luck, I'll be in the Smithsonian as the inventor of food!

   Pretty crafty, that guy. On par with that Thomas Edison fellow...

   [ reply to this | link to this | view in thread ]

2. Anonymous Coward, *Feb 22nd, 2012 @ 1:12pm*    + | + | FW | LW

   **Re: G.E.A.R.**

   1. Copyright a method I call "Species Endurance eXtension"
   2. Demand compensation from all the products of said method.
   3. ??
   4. Profit!!

   [ reply to this | link to this | view in thread ]

3. Machin Shin (profile), *Feb 22nd, 2012 @ 1:14pm*    + | + | FW | LW

   The Smithsonian has a long history of doing this kind of thing. They are terrible at being historically accurate. They much prefer to just try and change history to fit their story. I found that out years ago when researching Tesla. I found a site created by a very angry history teacher who informed them of their errors in giving credit for several of Tesla's inventions to Edison.

   [ reply to this | link to this | view in thread ]

4. :Lobo Santo (profile), *Feb 22nd, 2012 @ 1:17pm*    + | + | FW | LW

   **Re: Re: G.E.A.R.**

   Brilliant!!

   [ reply to this | link to this | view in thread ]

5. Chosen Reject (profile), *Feb 22nd, 2012 @ 1:18pm*    + | + | FW | LW

   **Re:**

   My hobby: Every time someone says "Edison invented..." I mentally replace "invented" with "was somehow involved in patenting".

   [ reply to this | link to this | view in thread ]

6. Anonymous Coward, *Feb 22nd, 2012 @ 1:26pm*    + | + | FW | LW

   sounds similar to the attitude of governments and the entertainment industries. always believe what they say as being right. never listen to anyone else even when what they are being told is the truth.

   [ reply to this | link to this | view in thread ]

7. PlagueSD (profile), *Feb 22nd, 2012 @ 1:31pm*    + | + | FW | LW

   **Re: Re: Re: G.E.A.R.**

   ...and the first thing that flashed in my head after reading this comment was the Guinness commercial. There's definitely something wrong with me.

   [ reply to this | link to this | view in thread ]

8. Zem, *Feb 22nd, 2012 @ 1:38pm*    + | + | FW | LW

   **You fiends**

**Techdirt Insider Chat**    Report this ad | Hide Techdirt ads

khan-rahami-suspect.html
Mass surveillance fails again, losing real threats in the haystack.

**Jeffrey Nonken:**
http://m.theregister.co.uk/2016/09/22/met_police_

**BentFranklin:**
http://www.bleepingcomputer.com/announcemen
lawsuits/help-bleeping-computer-defend-freedom-of-speech/

http://www.wsj.com/articles/hp-inc-apologizes-for-move-that-blocked-rival-printer-cartridges-1475091050

https://medium.com/the-coinbase-blog/on-phone-numbers-and-identity-423db8577e58#.bjvc3h7nh

http://www.cafc.uscourts.gov/sites/default/files/opi
orders/15-1769.Opinion.9-28-2016.1.PDF

**Join the Insider Chat**

Advertisement

Report this ad | Hide Techdirt ads

**Recent Stories**

**Thursday**

12:57  FTC Releases Big Report On Patent Trolls, Says The Patent System Needs To Change (5)

11:53  Report: DEA Blowing Money On Liars, Thieves, And Amtrak Employees (8)

10:48  Trump Adds To His Anti-First Amendment Legacy In Threatening To Sue Clinton For Campaign Ads (26)

10:42  Daily Deal: Computer Hacker Professional Certification Package (0)

09:41  YouTube Takes Down European Parliament Video On Stopping Torture For 'Violating Community Guidelines' (12)

08:20  Prominent Pro-Patent Judge Issues Opinion Declaring All Software Patents Bad (38)

06:23  Charter Joins AT&T In Using Lawsuits To Try And Slow Down Google Fiber (20)

03:25  Indonesia Government Introduces Vague Law Making Offensive/Embarrassing Memes Illegal (12)

**Wednesday**

23:23  Kickstarter-Funded Game Drops DRM-Free Version It Promised, Then Promises It Again After The Backlash (27)

16:24  NY Times And Reuters Claim Totally Different Explanations For Yahoo's Email Scanning (6)

More ➔

10/6/2016    How The Guy Who Didn't Invent Email Got Memorialized In The Press & The Smithsonian As The Inventor Of Email | Techdirt

Case 1:16-cv-10633-NMG   Document 22-1   Filed 10/10/16   Page 36 of 69

Oh shame oh shame,

claiming that copyright isn't proof of invention and robbing this poor soul blind. What next, are you going to claim that WB doesn't own the wizard of oz!

[ reply to this | link to this | view in thread ]

**Shop Now**

**SmartLab Toys Wallscapes Flower Garden**
By Nancy W. Cortelyou
~~$19.99~~ $6.99
(1)

**Brothers and Bones**
By James Hankins
$3.99
(1984)

*Report this ad*  |  *Hide Techdirt ads*

9.  🔲 Anonymous Coward, *Feb 22nd, 2012 @ 1:40pm*

So it's like Al Gore invented the internet, This is why the mainstream media is obsolete.

[ reply to this | link to this | view in thread ]

10.  👤 drewmo (profile), *Feb 22nd, 2012 @ 1:45pm*

From The Washington Post itself, August 4th, 1996:
http://pqasb.pqarchiver.com/washingtonpost/access/10122849.html?FMT=ABS&FMTS=ABS&date =Aug+4%2C+1996&author=Hafner%2C+Katie%3BLyon%2C+Matthew&pub=The+Washington+Post&edition= &startpage=WMAG9&desc=Talking+headers%3A++One+September+evening+in+1973

"Electronic mail is the most important two-way communications medium since the telephone, which makes the serendipitous way it was invented in 1973 all the more astonishing."

I believe you can read the article itself, here: http://www.olografix.org/gubi/estate/libri/wizards/email.html

[ reply to this | link to this | view in thread ]

11.  👤 MM_Dandy (profile), *Feb 22nd, 2012 @ 1:51pm*

**Re: Re: Re: G.E.A.R.**

Same here. I think under trademark law, I can now ask for a beer, and if I don't get, I can sue.

[ reply to this | link to this | view in thread ]

12.  🟩 TOG, *Feb 22nd, 2012 @ 2:16pm*

**Please don't flame**

Not trying to throw gas on the fire here, and I have read only a bit of the history, but I'm going to defend Ayyadurai.

Let's look at the article linked as "it's just not true" in the first paragraph:
http://www.listbox.com/member/archive/247/2012/02/sort/thread/page/4/entry/4:99/20120219 141237:ADCAD69A-5B2D-11E1-8876-F3FC0C963953/

What was around before was just messaging through an FTP server.

There had been discussions of standards, headings, folders, etc., but as far as one can tell from the article cited above, Wikipedia, etc., it doesn't look like anything to that effect had been coded when Ayyadurai wrote his code.

Also, if his code made electronic messaging more accessible to the general populace, and modern email did, in fact, evolve from his code, I think it's fair to call him the inventor of email (even without quotation marks).

To me this seems like a case of bitterness and envy on the part of people who were in the field at the time who failed to recognize the steps that Ayyadurai took.

[ reply to this | link to this | view in thread ]

13.  🔲 Bjorn, *Feb 22nd, 2012 @ 2:35pm*

**reminds me of the wright brothers**

while there is some dispute over who actually flew first, there is significant evidence that whoever it was his last name was not Wright. When they received the Wright's plane in 1948 the Smithsonian secretly agreed that if they could have the plane they would never say anyone else had flown before the Wrights. This contract was eventually exposed through a FOIA request by Stella Randolph and William O'Dwyer. The first in flight may have been Gustave Whitehead, or it might have been someone else, but because of the financial incentive of being able to say that they possess the artifact associated with the Wright Brother's myth the smithsonian continues to advance something as fact which they know is likely not true.

[ reply to this | link to this | view in thread ]

14.  🟢 That TD regular again, *Feb 22nd, 2012 @ 2:47pm*

"any single development is stepping on the heels of the previous one and is so closely followed by the next that most advances are obscured. I think that few individuals will be remembered." That's true - to catalogue all the developments would be a huge task. - Ray Tomlinson

Guys like ray just want to create and keep creating.

[ reply to this | link to this | view in thread ]

15.  **Anonymous Coward**, *Feb 22nd, 2012 @ 2:54pm*    +   +   FW   LW

**Re:**

Al Gore invented dubstep.

[ reply to this | link to this | view in thread ]

16. **Anonymous Coward**, *Feb 22nd, 2012 @ 3:29pm*    +   +   FW   LW

The most disappointing thing about this story is that it has apparently become acceptable to write "e-mail" as "email."

[ reply to this | link to this | view in thread ]

17. **Anonymous Coward**, *Feb 22nd, 2012 @ 3:53pm*    +   +   FW   LW

**Re:**

Oh no! Next you'll tell me that people aren't typing "Web site."

[ reply to this | link to this | view in thread ]

18. **Anonymous Coward**, *Feb 22nd, 2012 @ 4:24pm*    +   +   FW   LW

**Re: G.E.A.R.**

Yesterday I registered my Java Enchanced Holistic Ordering Value Algoritm. I think it'll be popular in some circles.

[ reply to this | link to this | view in thread ]

19. **pkwooster**, *Feb 22nd, 2012 @ 5:37pm*    +   +   FW   LW

**Re: Please don't flame**

As a person who received their first electronic mail message on May 1, 1974 I find your position ridiculous. That message came through a proprietary system that had been in use for at least a year before I joined. And it did not involve FTP .
/peter

[ reply to this | link to this | view in thread ]

20. **Anonymous Coward**, *Feb 22nd, 2012 @ 6:30pm*    +   +   FW   LW

**Telegraphy Is Email**

Dear old telegraphy is email. The term "email" is simply a modern made-up word for something which is old. Customers would go to their local telegraphy service provider, give them a message, then the message would be sent electrically to its destination. The sending was via electric pulses over wires and via radio, exactly the same as happens today. Sure the technology has improved, but the basic idea of sending messages by electricity has been around for hundreds of years. Wireless telegraphy was commercialised (not invented) by Marconi over 110 years ago.

The term "email" is simply putting an "e" (for "electronic") in front of the existing word "mail". Golly, what an advance, someone tell the Smithsonian.

The Smithsonian really should be doing a whole lot better at providing the historical context. After all, that is supposed to be their job. It would be nice if they were to actually do it.

[ reply to this | link to this | view in thread ]

21. **Daniel Hawkins**, *Feb 23rd, 2012 @ 12:40am*    +   +   FW   LW

**We're working without definitions here...**

The Washington Post is obviously confused and/or lazy, but I want to point out that everyone in this discussion seems to be operating on their own personal definition of *what email is* (not to mention what it means to "invent" something).

I'm actually in Shiva's class this semester (Systems Visualization), and based on my limited interaction with him so far, I would guess that his concept of email is very systems-oriented. He would likely say that lumping all "electronic messaging" together is unwarranted, and that he's never claimed to have invented that. I am not defending him, as I'm unaware of all the facts here; I am merely suggesting that there may be different ways of thinking about this.

If you say email is a way to send messages between computers, Shiva did not invent it. If you say email is a
system that manages the sending and receiving of electronic letters (as opposed to short messages or public
messages), acting as the digital version of a postal service, then it is less clear. As others here have pointed out,
invention is quite a vague thing to attribute to a single person.

Anyway, the class meets again on Friday, so if you want me to ask him something directly, reply to this
comment.

[ reply to this | link to this | view in thread ]

22.   Anonymous Coward, *Feb 23rd, 2012 @ 5:58am*    +   +   FW   LW

... and the band 76ixties owns The World.

[ reply to this | link to this | view in thread ]

23.   Anonymous Coward, *Feb 23rd, 2012 @ 6:32am*    +   +   FW   LW

**Re:**

Ouch. Don Knuth disagrees with you. Read "Knuth versus Email"

[ reply to this | link to this | view in thread ]

24.   Niall (profile), *Feb 23rd, 2012 @ 6:33am*    +   +   FW   LW

**Re: Re: Re: Re: G.E.A.R.**

I don't think there's anything wrong with anyone who gets a Guinness commercial in their head. Especially the
Evolution one...

[ reply to this | link to this | view in thread ]

25.   pr, *Feb 23rd, 2012 @ 8:40am*    +   +   FW   LW

**Re: Re: G.E.A.R.**

I think that can get you death by stoning. I'll take two points, two flats, and a packet of gravel.

[ reply to this | link to this | view in thread ]

26.   Cyphase (profile), *Feb 23rd, 2012 @ 9:51am*    +   +   FW   LW

I while back I created a system called the Uber-synchronous N-dimensional Information Visualizer and
Extrapolator with Reduced Speed Extension. Recently I decided that the Reduced Speed Extension, along with a
few other things, might have been a bad idea, but since I can't change those things now that the system is live,
I've been thinking of creating The Admittedly Complex and Hard Yet Obviously Necessary System to sidestep some
of the issues I've found. This add-on is currently in alpha testing.

If you find any issues that I might have overlooked, please contact the General Oversight Desk and let the guy
who answers the phone know what's up. I'll take a look when I can.

[ reply to this | link to this | view in thread ]

27.   Devon Sean McCullough (profile), *Feb 23rd, 2012 @ 5:50pm*    +   +   FW   LW

**Re: Please don't flame**

A 14-year old building his own car - ok, brilliant
but if he invented the car in 1978, what was
that '76 convertible I used to drive?

We had network mail with every one of these claimed innovations way before 1978.
EMACS had at least two mail sub-systems, RMAIL and BABYL, pre-mouse so 1-key Delete, Forward, Reply, Output
to another folder, delivery to, from, bcc, etc., etc., long before the fake 1978 claims.

Peace
--Devon

PS: When a joker claims he invented the automobile in 1978 that's not news. When a reporter buys such a joke
and the Washington Post prints it - now that's news. Give good interview and today's press'll give you a pass on
facts?

[ reply to this | link to this | view in thread ]

28.   Devon Sean McCullough (profile), *Feb 23rd, 2012 @ 6:03pm*    +   +   FW   LW

**Re: Re: Please don't flame**

FTP is a red herring - transport by carrier pigeon, tom-tom drum, morse code, ARPAnet, InterNet, all means to the same end, not germane to the issue at hand.

[ reply to this | link to this | view in thread ]

29.   Rohan Jayasekera (profile), Mar 8th, 2012 @ 7:05pm                    +  -  FW  LW

**Re: Please don't flame**

The "it's just not true" article isn't a good one if all it covers is FTP-based; there most certainly were real email systems long before 1978. Like the one I used starting in 1973 (which I see that pkwooster has already mentioned above; we worked at the same company).

In case anyone thinks I could be mistaken about long-ago dates, I still have a 1976 printout of some of my email, and it looks just like the usual email: for each message there are a few header lines (message ID and date/time, From, To list, CC list, Subject), a blank line, and then the body. The only thing that looks strange about it in 2012 is that all the letters are upper case (the online system it ran on gave up lower-case letters in favour of additional special characters), something you will also see if you look at old programming languages such as FORTRAN, BASIC, and COBOL. Back then a lack of mixed case was acceptable because people were used to it in telegraph messages etc., and today we often have the same thing where people don't bother with capitalization in SMS text messages or in instant messaging or chat. (Speaking of which, I first used IM in 1972 or 1973; it's not only email that's old.)

That email system included an API, which I used when I wrote some software that archived emails I wanted to keep, complete with tags (back then we called them "keywords") that I could run searches on. This was one of the first "products" that I ever built, as some 60 people eventually used it.

[ reply to this | link to this | view in thread ]

30.  willie watson, Nov 21st, 2012 @ 9:31am                    +  -  FW  LW

**email**

It was this poor guy who did really proved himself as a source of email system. No other person or persons can claim to be its inventor. Just don't try to degrade a real inventor just on the basis of his color and race. Need to know how to accept these facts.
If these engineers from countries like india and china hadnt been here, we would have been just like Africa.

[ reply to this | link to this | view in thread ]

31.  Din, Feb 19th, 2013 @ 10:51am                    +  -  FW  LW

**Pathetic article.. Just plain bashing**

The history of the email you provide in the article mentions an email 'system' developed in 1988 but misses out on the 1978 one made by Ayyadurai. This article is just for bashing and in no way tries to gather the facts.

[ reply to this | link to this | view in thread ]

32.  MSK, Jun 1st, 2014 @ 12:17pm                    +  -  FW  LW

**very funny media**

finish was nice...thats not wat the washington post wil tel u...so none shld believe..and dis s cooked by the dirt! and dats hw the dirt tell u to believ d shit....

so hw cme u greet 'Mark Zuckerberg' for 'his' success??? morons!..
get sme real job... :P :D

[ reply to this | link to this | view in thread ]

33.  MSK, Jun 1st, 2014 @ 12:17pm                    +  -  FW  LW

**very funny media**

finish was nice...thats not wat the washington post wil tel u...so none shld believe..and dis s cooked by the dirt! and dats hw the dirt tell u to believ d shit....

so hw cme u greet 'Mark Zuckerberg' for 'his' success??? morons!..
get sme real job... :P :D

[ reply to this | link to this | view in thread ]

34.  laurie, Aug 29th, 2015 @ 1:24pm                    +  -  FW  LW

**Calm Down**

You people are awful!
What is this, a witch hunt against a 14 year old boy so motivated to make a difference for his community that he

10/6/2016       How The Guy Who Didn't Invent Email Got Memorialized In The Press & The Smithsonian As The Inventor Of Email | Techdirt

Case 1:16-cv-10853-NMG   Document 22-1   Filed 10/10/16   Page 40 of 69

invented something amazing? SHAME ON YOU for this comment chain.
Go invent something yourself rather than attack others for their very real and very well earned efforts.

[ reply to this | link to this | view in thread ]

35.  laurie, *Aug 29th, 2015 @ 1:26pm*

**Re: email**

Exactly. Thank you for this. What is wrong with people? He was a 14 year old boy at the time doing incredible things! He was sought out by MIT at the age of 15 for his work! ...people are pathetic. Proud of Shiva for his life work and he is an example to adolescents around the world.

[ reply to this | link to this | view in thread ]

36. Ricardo Santos, *May 12th, 2016 @ 8:35pm*

**Re: Re: email**

If a 14 year old build his own plane in 1978, that would certainly be a personal accomplishment.

HOWEVER

The 14 year old cannot truthfully claim he invented the plane. Specially if he followed the blue-prints someone else created before hand. Invention requires that you create things on your own.

This is exactly the case here. He claims he invented something that was already running commercially at least 5 years before. And that there was a RFC BEFORE his claim of invention.

Since he repeatedly did try to make people believe something that has being proved over and over to be false. Is not a case of a simple error on his part. Is an overt case of fraud.

To paraphrase Tesla.
"Is not that they stole the idea from me. Is that they do not have ideas on its own." And he did believed what he said. As he had no problem with Marconi using concepts on his patents without paying. It was the ones that didn't do anything to further science that got in his nerves.

If the guy is so brilliant. Then, what has he invented afterwards?

[ reply to this | link to this | view in thread ]

## Add Your Comment

Have a Techdirt Account? **Sign in now**. Want one? **Register here**

| | |
|---|---|
| Name | |
| Email | ☐ Get **Techdirt's Daily Email** |
| URL | |
| Subject | |
| Comment | |

Options   ☐ Save me a cookie

[Submit] [Preview]

- **Note:** A CRLF will be replaced by a break tag (&lt;br&gt;), all other allowable HTML will remain intact
- **Allowed HTML Tags:** &lt;b&gt; &lt;i&gt; &lt;a&gt; &lt;em&gt; &lt;br&gt; &lt;strong&gt; &lt;blockquote&gt; &lt;hr&gt; &lt;tt&gt;

<< ACTA Approval On Hold While EU Commission Asks...      La La La La: The Internet Routes Around... >>



**techdirt**

**Tools & Services**
Twitter
Facebook
RSS
Podcast
Techdirt for Mobile
Research & Reports

**Company**
About Us
Advertising Policies
Privacy

**Contact**
Help & Feedback
Media Kit
Sponsor/Advertise
Submit a Story

**More**
Copia Institute
Insight Community
Step2
Insider Shop

Exhibit F

**The Washington Post**

Innovations

# Smithsonian acquires documents from inventor of 'EMAIL' program

**Correction:** *A previous version of this article incorrectly referred to V.A. Shiva Ayyadurai as the inventor of electronic messaging. This version has been corrected. The previous, online version of this story also incorrectly cited Ayyadurai's invention as containing, "The lines of code that produced the first 'bcc,' 'cc,' 'to' and 'from' fields." These features were outlined in earlier documentation separate from Ayyadurai's work. The original headline also erroneously implied that Ayyadurai had been "honored by [the] Smithsonian" as the "inventor of e-mail." Dr. Ayyadurai was not honored for inventing electronic messaging. The Smithsonian National Museum of American History incorporated the paperwork documenting the creation of his program into their collection. A previous version also incorrectly stated that had Ayyadurai "pursued a patent, it could have significantly stunted the technology's growth even as it had the potential to make him incredibly wealthy." At the time, patents were not awarded for the creation of software.*

**By Emi Kolawole**  February 17, 2012

*Clarification: A number of readers have accurately pointed out that electronic messaging predates V. A. Shiva Ayyadurai's work in 1978. However, Ayyadurai holds the copyright to the computer program called "EMAIL," establishing him as the creator of the "computer program for [an] electronic mail system" with that name, according to the U.S. Copyright Office.*

The Smithsonian has acquired the tapes, documentation, copyrights, and over 50,000 lines of code that chronicle the invention of "EMAIL," a program created by V.A. Shiva Ayyadurai when he was a 14 year-old high-school student in New Jersey.

On Thursday, his name, his 1978 invention documentation and the associated copyright were entered in the Smithsonian permanent collection. The documentation will be archived in the National Museum of American History and put into an online exhibit. The documents will be scanned as soon as this week to be featured on a site under the

Smithsonian.org domain. The date for the site launch has not yet been determined.

Ayyadurai's path to the Smithsonian started with a series of articles he wrote about the U.S. Postal Service's decline and his concern that the USPS was failing to innovate. His take: The Postal Service, carrying on the spirit of innovation which led to its creation, should have embraced e-mail years ago.

After a profile in Time magazine and a call from the Postal Service Inspector General asking for his ideas, Ayyadurai's alma mater, the Massachusetts Institute of Technology, called to insist that it would be improper for the university to take the documentation of his work, and that it belonged in the Smithsonian. Conversations began, eventually leading to the Smithsonian's latest addition and the celebration Thursday.

"My mom just passed away. So, it was unfortunate she wasn't there," said Ayyadurai during an interview at the Washington Post Thursday afternoon. "She represented for me a woman who came from very, very meager backgrounds — struggled to come here and then become a mathematician herself at a time when women weren't supposed to get an education and work at a university as a systems analyst."

"I think,without my mom," he continued, "I would not have, as a young person, been introduced to that environment and had the opportunity to work there."

Ayyadurai recounted how a family friend who had heard of MIT recommended that he apply. Reluctant, Ayyadurai filled out his application in pencil, with the family friend standing over his shoulder to make sure he finished.

"I didn't even know about MIT until two weeks before I applied," said Ayyadurai.

When he arrived he entered an environment still shadowed by racism. It was the beginning of the Reagan Administration, and the campus, like the rest of the nation, was still struggling to integrate. And there was another problem: "The people there didn't seem very happy," said Ayyadurai.

"I came in having developed this e-mail system, and when I went to my classes I was very bored. ... I, essentially, got involved in a lot of radical politics," he continued.

Coming from India, which, at the time, had a rigid caste system, he identified with the black and poor white students on campus.

"I was very intrigued by how do you change the system," said Ayyadurai, who balanced his time between the studying technology and studying politics. Changing that system, he continued, was more complex than developing an e-mail system.

**A recommendation for the young inventor**

When it comes to today's young people, particularly the 14-year-old eager to become an inventor, Ayyadurai recommends recommends embarking on independent studies, and taking a break from school before heading to college.

"I, in fact, believe people should work before they even go to school,"  said Ayyadurai, a faculty lecturer at MIT in the Biological Engineering Division. "Many people don't even know why they're going to college."

But he's not against going to college entirely, rather he is a fan of a combination of experiential learning and rote discipline. After all, Ayyadurai is at the front lines when it comes to preparing America's youth for careers in science and technology.

He developed a class on traditional medicine and systems technology and another on systems visualization at MIT. The latter gives students who would otherwise not engage in the arts an opportunity to illustrate a complex concept. The course went from 6 to 32 and now 50 students, becoming one of the most popular classes on campus.

Based on his experience with the class, Ayyadurai recommends teaching the systems first and then bringing in the more complex, detailed math and science.

"The problems of today's world are not just learning how to build a computer better or writing a software program. A lot of that stuff is being outsourced," said Ayyadurai. "The big problems are large-scale systems." Think education, transportation and even relationships, he said.

"If we can teach students that the world is very complex and to understand that complexity you need to have a systems approach," he continued, "I think that systems approach is what students want to learn."

**The intellectual property debate**

"I fundamentally do not believe in the patenting of software," said Ayyadurai. "It would be like Shakespeare patenting the tragic love story."

He admits that in his work as a venture capitalist he has had to go against his own belief. But, rather than patents, Ayyadurai prefers copyright, which allows others to innovate using the technology.

**America, freedom and innovation**

"We fail to recognize how much freedom we actually have here relative to these other countries," said Ayyadurai when asked what the United States gets wrong when it comes to moving its innovation economy forward.

"That awareness," he continued, "is what needs to be developed for people."

India and China, two countries making significant strides in technology and innovation still lag behind the U.S., according to Ayyadurai, who says it's due to a lack of fundamental freedoms in those nations.

"We should not really have any types of jobs issues here," continued Ayyadurai, saying that the "basis of American democracy" is innovation.

"Innovation actually demands freedom, and freedom demands innovation," said Ayyadurai. "I don't think there's more money we need to throw at it."

Ayyadurai also has some recommendations for the presidential candidates when it comes to policy proposals that will accelerate rather than slow innovation growth.

"Small businesses, I believe, are the place where innovation really takes place," said Ayyadurai.

**Today's Headlines newsletter**

The day's most important stories.

Sign up

With venture capital moving away from mid- and small-tier businesses, those companies are in need of government assistance. "There's this whole strata of small businesses that needs tax credits, I think."

**Are we overcommunicating?**

"I think people are overcommunicating in the sense they have missed out on what is communication," said Ayyadurai. "A lot of time when people are texting, it's not the content — you don't need to text — but people are doing it just to connect with another human being, so a lot of the information is almost irrelevant."

"I think we're in this phase now in humanity where we have all these communication vehicles but we still are, as humans, trying to figure out how do we connect," he continued, "because that ritual mode of communication is removed from us."

Watch clips of the Post's interview with Ayyadurai on Innovations.

Emi Kolawole is the editor-in-residence at Stanford University's d.school, where she works on media experimentation and design. ✦ Follow @emikolawole

Exhibit G

*The Washington Post*

Opinions

# Origins of e-mail: My mea culpa

---

**By Patrick B. Pexton**  March 1, 2012

**Updated 2:30 p.m.**

Caw, caw, caw, crunch! That's the sound of me eating crow. It's not the most pleasant repast I've had — the feathers don't go down so easy — but it is a necessary one.

I did a blog post this past Friday that was dismissive, snarky and wrongheaded, and had factual errors too. And I apologize to readers for it and I'll try to repair some of the damage here.

My blog post was in response to e-mails that I, and Post Innovations editor Emi Kolawole, received denouncing her Feb. 17 story about a Massachusetts Institute of Technology instructor, who as a high school student in the late 1970s, developed, and later copyrighted, an electronic electronic messaging system. The story was headlined: "V.A. Shiva Ayyadurai: Inventor of e-mail honored by Smithsonian."

I was upset at the harsh nature of some of these e-mails, and they came amid a heavy week of barbs and complaints about Post coverage — some of them merited, some of them not.

But sometimes people are upset because they have a legitimate beef, and then it's my job to listen, and in this case I didn't. I was too dismissive and came to the defense of Kolawole too quickly without doing enough checking myself.

These correspondents took such umbrage because they, in fact, do know a lot more about the origins of e-mail than I do, or Kolawole did, and they care deeply about the truth and who should get proper credit for such an important invention. And they care that The Post gets it right. I do too.

So let's begin.

In this narrative, I'm going to hedge in a few places because Kolawole is still doing some extensive fact checking on her original story, and yes, she should have done more of that prior to publication.

But I think it's safe to say that although Ayyadurai is an interesting fellow, and that, as a teenager, he did develop an early electronic messaging system for about 100 users at the University of Medicine and Dentistry of New Jersey and obtained a 1982 copyright for its computer code — he named the program, all uppercase, "EMAIL" — he should not have been called "inventor of e-mail" in the headline.

As so many distinguished experts in this field wrote to tell me — I'll name them below — Ayyadurai is not the inventor of electronic messaging between computers, what we have all come to call e-mail. Electronic messaging was developed by many hands over many years, and probably began in the early 1960s, possibly as early as 1961, on people using time-shared computers.

E-mail was developed alongside early versions of the Internet, and was driven by scientists, researchers and users of the ARPANET, the early computer network associated with the Defense Department's Advanced Research Projects Agency. One of the first Internet Request for Comments — an early paper memo circulated ~~broadcast e-mail~~ to ARPANET users asking for input on a "mail box protocol" went out in July 1971. Subsequent RFCs became the guideposts and user manuals for the developing e-mail system. The standardization of fields within e-mail — the "To," "From," "CC," "BCC" etc. — seem to have begun with RFC-680 in 1975.

Ayyadurai may have used some similar conventions in his program for the New Jersey university and its satellite campuses — he began working on his in 1978 — but most all of them were used earlier by scientists and researchers on the ARPANET. Ayyadurai's program was later, smaller and localized.

As the Smithsonian's Museum of American History, to which Ayyadurai gave documents about his early work, ~~wrote in a second press release about Ayyadurai,~~ wrote in its press release about him, after the original Post story on him was published, "Many innovations are conceived independently in different settings. Historians who have documented the early history of electronic messaging have largely focused on the use of large networked computers, especially those linked to the ARPANET in the early 1970s. Ayyadurai's story reveals a contrasting approach, focusing on communicating via linked computer terminals in an ordinary office situation. The system was localized, linking only three campuses rather than multiple large institutions. It was a small enterprise, rather than a big enterprise story."

Was Ayyadurai "honored" by the Smithsonian? Well if the Smithsonian's acceptance of the donation of his early paperwork and computer coding on his "EMAIL" program is an honor, then he can feel so honored. But The Post should not have implied that he was being honored because he was the *inventor* of e-mail.

And some other sentences within Kolawole's story, and in my subsequent blog post, went too far as well: "The Smithsonian has acquired the tapes, documentation, copyrights, and over 50,000 lines of code that chronicle the invention of e-mail. The lines of code that produced the first "bcc," "cc," "to" and "from" fields were the brainchild of then-14-year-old inventor V.A. Shiva Ayyadurai."

Yes, the Smithsonian has acquired Ayyadurai's materials, but the story should probably have said something like those materials "chronicled the development of Ayyadurai's e-mail system used by the university in New Jersey."

Based upon the materials submitted to me by recognized experts in this field, Ayyadurai's e-mail system was not the first to use the "To," "From," "Bcc," and "CC," codes, although Ayyadurai might dispute that. Certainly, calling them his "brainchild" seems to slight all the other early computer networkers who also used them.

Now, the other part of Kolawole's story that technology experts objected to is the conclusion that she drew — based on her interviews with Ayyadurai — that he was selfless in seeking copyright of his "EMAIL" system.

These are the two offending sentences: "By pursuing a copyright on his e-mail work, Ayyadurai opened it up for use, but with credit. Had he pursued a patent, it could have significantly stunted the technology's growth even as it had the potential to make him incredibly wealthy."

The technologists don't like this for two reasons.

First is the idea of copyright and patent, and intellectual property law. The experts who e-mailed me said that computer software was generally not patentable in the late 1970s and early 1980s but became so later. Ayyadurai could not have patented his EMAIL program at that time even if he wanted to, they say. And copyrighting his program didn't really have an effect on the ARPANET one way or the other.

More important to the technologists is that, according to them and others, most of the early developers of e-mail and the Internet did it in the hopes of creating a new system of information sharing that would make communication within their fields easier and more networked for the benefit of everyone. They, by and large, didn't get a plug nickel for doing this and weren't after money, copyrights or patents in the first place. They just wanted to be able to communicate quickly and exchange documents with fellow researchers in the Pentagon and at universities.

Here's what Jim Kane, an economist who has worked with lots of technology firms, told me: "Technologists primarily are driven and motivated by recognition from their professional peers much more than by financial rewards. I strongly suspect that among all the individuals who responded to the original article there is not one among them who has financially benefited from the creation of e-mail to any significant degree.

"They would place greater value on an award from the Institute of Electrical and Electronics Engineers or recognition from the National Academy of Engineering than any financial bonus from their respective companies or organizations. It's what makes them who they are and in many ways how refreshingly honest they are to work with.

"Conversely, when they see someone making a claim for professional recognition that is inconsistent with common knowledge within that professional community their reaction is immediate and particularly strong. It's a violation of their core principles. I believe this is very much the basis of the strong response Kolawole's original article has generated."

I agree with Kane, and the experts' reaction isn't far different from a journalist's who feels that his or her scoop was ripped off by rivals. Been there.

Now for the mistakes in my blog post. Overall, the tone was dismissive and I got some things flat wrong. I was sloppy and trying to write it up hurriedly on a Friday afternoon with too little attention to detail. And I did it after spending six hours writing my Sunday ombudsman column.

This paragraph I wrote, for instance, is wrong in several regards:

"We do know that the guy who copyrighted the terms 'email' and 'e-mail' and who developed and copyrighted some of the computer code and underpinnings of the modern versions of e-mail that we all use is an instructor at the Massachusetts Institute of Technology named V.A. Shiva Ayyadurai. And he did some of his e-mail work when he was 14, 15 and 16 years old, as a New Jersey high school student."

The only thing we can say for sure about Ayyadurai is that he copyrighted a computer program called "EMAIL" that was used in New Jersey for a few years in the late 1970s and early 1980s. We cannot say that his code was part of the underpinnings of the modern versions of email that we all use. He did develop his program as a teenager.

Nor can we say, as I did later in the blog post that "you can also argue that as the copyright holder to 'e-mail,' that in a sense, he invented this thing that we all have come to call e-mail." No, I don't think we can say that.

I also said "I think Kolawole did her due diligence for the story." No, I don't think she did, and nor did I. This has been a great learning experience for Kolawole, and she has been diligent in trying to repair her mistakes since it happened. She is young, is carrying a lot of responsibility for someone her age, and one of her direct supervisors recently left The Post, but she is not making excuses to me. I'm not making any either. I just didn't do my homework.

Finally, I angered a lot of smart and well-meaning people with this paragraph:

"Why is it that scientists, academics, and some readers, think that journalists and newspapers should be like academic journals and peer review every sentence that appears in print? That has never been the standard at newspapers or magazines, and it never will be. They shouldn't expect that."

This was unfair on my part. If I had taken a couple of hours and really absorbed all of the e-mail complaints sent to me, and read through the Internet links sent to me by people who knew better than I about the origins of electronic messaging — and there are some great resources out there on this — I would have figured out that Ayyadurai was not the inventor of e-mail, and that Kolawole's story needed some serious revision and correction. I apologize to the true inventors of e-mail for this mistake.

So how did this happen really, in a nutshell?

V.A. Shiva Ayyadurai is a clever man, with MIT credentials, and a good sense of public relations plus a P.R. firm working with him. A press release by that P.R. firm got a young reporter/editor interested in his donation of his "EMAIL" documents to a well-respected D.C. institution, The Smithsonian's Museum of American History. Kolawole's interviews with Ayyadurai convinced her that he was interesting and worthy of a profile and online video interviews.

The ombudsman, me, after receiving complaints, talked to Kolawole twice about how she did the story, did some cursory research online and typed out a blog post that I now regret.

Going forward, here's what The Post is doing. I'm doing this lengthy mea culpa to set the record straight. Kolawole has invited two experts, Thomas Haigh, a history of technology expert at the University of Wisconsin, Milwaukee, and Dave Crocker, one of the fathers of the Internet, to write their own pieces for The Post's Innovations blog on the history of e-mail. And Ayyadurai is going to write his own piece on his early "EMAIL" program. Kolawole will also be revising her original piece to reflect the record accurately.

We hope that sets the record straight and gets The Post back to where it needs to be, on the side of truth and accuracy.

I want to thank these experts who helped me over the past week.

• Geoff Carpenter, of FARGOS Development, who worked for IBM Research developing network management technologies for the Internet from 1988 to 1993.

• James A. Kane, the former CEO of the Systems and Software Consortium Inc., a group of federal contractors in the I.T. field, who started his career at the Internet pioneer, Bolt Beranek and Newman Inc.

• Peter Klosky, a software developer from Fairfax City, Va.

• Tom Moulton, an early user of the Electronic Information Exchange System

• Stuart Umpleby, a professor in the Department of Management, and director of the Research Program in Social and Organizational Learning in the School of Business at the George Washington University.

• Dave Crocker, one of the fathers of the Internet and of e-mail, of Brandenburg InternetWorking.

---

**Opinions newsletter**

Thought-provoking opinions and commentary, in your inbox daily.                    Sign up

---

• ~~Emun~~ Emin Gun Sirer, associate professor of computer science at Cornell University.

And here are some links to documents tracing the history of e-mail, written by some of the early participants:

• The Technical Development of Internet Email by Craig Partridge

• The History of Electronic Mail by Tom Van Vleck

• Email history by ~~Dave Crocker~~ Bill Stewart

Exhibit H



Follow

# The Year Without Memory

*by Sam Biddle*



At the end of 2015, I realized I felt completely fucking insane. Not manic (I rarely have much more energy than the level required to write a blog or adjust Wi-Fi router settings) or delusional (keep your expectations low, rigid, and right, I say), but just fucking weird. My ability to map my thoughts and actions to the underlying reality was off-kilter, and I had no idea how to explain it. I just felt wrong. After some Googling and rare stretch of self-examination the lasted for more than five minutes, I realized at some point recently I'd lost the capacity to create and recall short-term memories.

It's a blessing to be defective in an obvious way with simple signs and textbook fixes, but the unrelenting and pathological anxiety I've dealt with since my teens is murky and slippery. Treating it with a circa-2003 Shock and Awe bombardment of bunker-busting Klonopin pills in 2010, followed by a surgical deployment of quieter, agile Zoloft tablets beat it back almost entirely. I no longer had to spend hours of each day wondering if I had said something wrong in an conversation, with a vast branching tree of dialogue nightmares, stopping only when I decided that Yes, indeed, it was likely that I had said something that was interpreted in a way that would somehow hurt me in the future and anger others. I never again had a panic attack like the time in 2009

when I told a girlfriend I was en route to meet her but hadn't even left my apartment yet, and then agonized over the possibility that someone at an adjacent construction site had seen me through the window, caught me in the lie, and informed her. I can't believe I can even type that and it applies to me —but it's over and that's great, right?

The downside to mashing your worries is that everything else gets stomped on too, a phenomenon doctors I've googled often refer to as emotional "flattening"—the bad goes way down but good and normal feelings are also compressed. Think of it as an overly aggressive spam filter: you're no longer getting ATTN EBAY SAM F BADDLE YOU WILL BE FIRED FOR SPILLING THAT CUP or A+++ VI@GRA CATASTROPHIC SOCIAL CONSEQUENCES, but the things you want are also suctioned away.

It's dull and frightening to feel this way—like you're missing most of your emotional guts—and it's the reason I was so averse to medication until things became internally unbearable in my twenties. I'd like to think that the status quo, flat or not, is workable for the rest of my life should that be the case—I don't feel great, but I feel good enough. So when a psychiatrist suggested I try adding Wellbutrin to my regimen for its stimulant effects, I was hesitant. I didn't want to start taking medication to medicate against my other medications, uppers against downers, a neurological ping pong match. This was going to take my brain chemistry, speeding in one direction, and drive it directly into oncoming traffic. On the other hand, my doctor told me there was little chance the pill would make me fat. So I plunged in, and within days felt more broken than ever, having not been warned against the extreme and abrupt memory loss side effect of Wellbutrin.

I tapered off after a few weeks, and will begin 2016 not knowing whether or not I could've soldiered through the fog and regained a fuller emotional palette. On the other hand, I can now remember all my pleasant sandwiches and fun nights at bars and decent sunsets and good mornings and conversations with my grandfather and worthwhile articles and a lot of very, very stupid tweets.

*Save Yourself* is the Awl's farewell to 2015.

Exhibit I



# Statement from the National Museum of American History: Collection of Materials from V.A. Shiva Ayyudurai

February 23, 2012

On Feb. 16, the Smithsonian's National Museum of American History collected a selection of materials from Shiva Ayyadurai of MIT. In accepting these objects, the museum did not claim that Ayyadurai was "the inventor of email," as some press accounts have alleged.

Exchanging messages through computer systems, what most people call "email," predates the work of Ayyadurai. However, the museum found that Ayyadurai's materials served as signposts to several stories about the American experience. The objects collected include: two program printouts, two tape cassettes, a reel of computer tape and a variety of other materials related to an electronic mail program Ayyadurai developed for the College of Medicine and Dentistry of New Jersey as a high school student at Livingston High School in Livingston, N.J., in 1979. He continued to maintain that program for a few years as an MIT undergraduate. The museum found the materials historically interesting and worth collecting for several reasons:

► One important story these materials document relates to computer education. Personal computers had begun to enter American homes in the late 1970s, but they were expensive, untrustworthy and not very powerful. To introduce students to computing, the U.S. government, private foundations and universities combined to fund and staff summer programs for high school students. Ayyadurai participated in such a program at New York University's Courant Institute in summer 1978, where he had an intense introduction to programming. He gave the museum a few documents relating to this experience.

► A second story relates to the role of computers in medicine. Thus far, most scholarship in the area has focused on the role of computers in medical research and instrumentation. However, these materials document an effort to innovate in medical communication systems. In 1979, Ayyadurai worked under the supervision of Leslie P. Michelson of the New Jersey College of Medicine and Dentistry to design and implement a customized electronic mail system for the research staff of the medical school, who used an HP1000 minicomputer. Most of the documents he gave to the museum relate to this work. They include a printout of his FORTRAN program, which he named "EMAIL," as well as documents used to explain this new way of communicating with staff and an example of a request for debugging. The EMAIL project proved sufficiently successful for Ayyadurai to use it as the basis of a Westinghouse Science Talent Search project prepared in 1980. The donation also included materials relating to this award.

Case 1:16-cv-10853-NMG   Document 22-1   Filed 10/10/16   Page 60 of 69

At the time Ayyadurai's work was done, computer software could not be patented. However, in 1982, he took out a copyright registration for his "EMAIL" program, as well as the related user's manual. Two years later he copyrighted an improved system, "EMS," that included not only a version of "EMAIL," but several other programs. He has given the copyright documents to the Smithsonian, as well as a printout of the new form of EMAIL.

Many innovations are conceived independently in different settings. Historians who have documented the early history of electronic messaging have largely focused on the use of large networked computers, especially those linked to the ARPANET in the early 1970s. Ayyadurai's story reveals a contrasting approach, focusing on communicating via linked computer terminals in an ordinary office situation. The system was localized, linking only three campuses rather than multiple large institutions. It was a small enterprise, rather than a big enterprise story.

Exhibit J

# A discredited old yarn resurfaces about who 'invented' email



Where did email start? Not where the Huffington Post thinks. (Kin Cheung / AP)



By **Michael Hiltzik**

SEPTEMBER 4, 2014, 8:50 AM



he Huffington Post has been running an enormous five-part series about the invention of email. It's a heartwarming story. It begins:

"In 1978, a 14-year-old boy invented email."

ADVERTISING



It continues: "Email wasn't created, with a massive research budget, in big institutions like the ARPANET, MIT or the military....Email was created in the heart of inner city Newark, NJ, at a relatively small institution, with little to no funding."

This all would be heartwarming -- if it were true, that is.

But it's not true. The story has been retailed for years by its putative hero, the then-14-year-old V.A. Shiva Ayyadurai, who today has several advanced degrees from MIT on his resume and works as an entrepreneur.

## "

# Email was created in the heart of inner city Newark, NJ, at a relatively small institution, with little to no funding.

— Larry Weber in the Huffington Post; but this is totally incorrect

Over the years, Ayyadurai's claim been swallowed by numerous publications, including the Washington Post, the New York Times and even The Tech, the student newspaper at MIT. They all ended up running retractions. (Patrick Pexton, who defended the original piece as the Post's then-ombudsman, had to run his own separate retraction.)

The Huffington Post doesn't quite function the same way. Its response to naysayers in the tech community pointing out that Ayyadurai didn't invent email includes a truculent assertion that doubts about Ayyadurai's claim represent myths "fabricated by industry insiders to hijack the invention of email." But it also has backed off--a bit--from the claim that Ayyadurai invented email. More on that in a moment.

First, here's the history. Email was, indeed, "created, with a massive research budget, in big institutions like the ARPANET, MIT or the military."

AdChoices▷

To a large extent it was the product of the Defense Department's Advanced Research Projects Agency, which launched the ARPANET program to create a network tying together the disparate computer science programs it was funding around the country. Much of the story is told in "Dealers of Lightning," my book about Xerox's Palo Alto Research Center, and "Where Wizards Stay Up Late," by Katie Hafner and Matthew Lyon. The ARPANET, after several generations, evolved into the Internet.

Electronic messaging even predated the ARPANET program--one form was used at MIT as early as 1965--but that was where the protocol was developed and codified.

Many, many engineers and scientists worked on messaging programs--some of them extremely famous within the Internet development community for their work. But to the extent there is a single "inventor" of email, the term usually is applied to Ray Tomlinson of Bolt Beranek and Newman. BBN was a major contractor on the ARPANET. In 1971 or 1972, Tomlinson made a couple of key refinements to the existing message protocol, including the use of the "@" sign as a component of message addresses. After that, as an authoritative history of the technology observes, email quickly matured "from a fun idea to a central feature of the Arpanet (and later the Internet)."

What about Ayyadurai? In 1978, he designed an email system for the University of Medicine and Dentistry of New Jersey and called it "email." Later he copyrighted the term. The Huffington Post series asserts that "at that time, Copyright was the equivalent of a patent, as there was no other way to protect software inventions." But that's ridiculously untrue. A copyright is not a patent, and never was. What was copyrighted in this case, it seems, was Ayyadurai's specific program, period.

It was an iteration of a messaging system for a client, but the "invention" of email? Nuh-uh. By 1978, in fact, email was sufficiently widespread that the first spam message had already gone out.

Rutgers Medical School, which is the successor to Ayyadurai's university client, has been pushing this version of the origin story--three of the Huffington Post installments, as it happens, were written by people associated with the school.

The Huffington Post on Tuesday appended a "clarification" to the series, stating that "electronic messaging predates email" and "there is no intention to take credit where it is not due," but also asserting that "email as we know and experience it today, not electronic messaging, was first created in 1978 at UMDNJ." That claim still doesn't appear to hold water. If Rutgers is hanging its story on the distinction between "messaging" and "email," that's less than nano-thin.

In short, the true history of email is well documented. In addition to the books cited above, interested readers can consult this piece in *IEEE Annals*, this piece by Dave Crocker commissioned by the Washington Post after its flub, and another chronicle by historian Tom Van Vleck. At techdirt.com, Mike Masnick has been assiduously following the Ayyadurai and Huffington Post sagas here and here.

**Keep up to date with The Economy Hub by following @hiltzikm.**

Copyright © 2016, Los Angeles Times

**This article is related to:** Massachusetts Institute of Technology, History, Patents, Copyrights and Trademarks, Rutgers University

# Exhibit K

**The New York Times**

Pogue's Posts
The Latest in Technology From David Pogue

# E-Mail Birthday Intrigue

September 6, 2012 1:42 pm

The other day, I got snookered.

On Aug. 30, I tweeted: "Happy birthday, email! 30 years old today!"

The Times's technology columnist, David Pogue, keeps you on top of the industry in his free, weekly e-mail newsletter.
Sign up | See Sample

(Whereupon a fellow Twitterite, @bschorr, responded: "Little known fact: the 2nd e-mail sent 30 years ago started: 'Dear friend, I am Humabli Kiprotich from Nigeria…'")

I tweeted my message because I'd received a press release about it. "Today, August 30th, marks the 30th anniversary of email," it said. "While the technology that we live by has come a long way since it was first copyrighted, we are still using the same To: From: Cc: Subject: Reply, Forward fields." The press release went on to plug an e-mail service.

I did a quick check — I found this confirmation on what looked like **Politico** — and then tweeted.

But then I got the most intriguing note from Thomas Haigh, a technology historian, chairman of **a professional group** dedicated to information technology history, and "career academic"— via e-mail. It went like this:

A colleague sent me a copy of your tweet, "Happy birthday to EMAIL! 30 years old today!" I'm afraid that you've inadvertently endorsed the propaganda campaign of V.A. Shiva Ayyadurai, who has been mounting a vigorous but quixotic effort to convince the world that he invented email as a schoolboy between 1978 and 1982. He mounts his case at www.inventorofemail.com. However, his claims have been almost universally rejected by technology experts and historians, on the simple basis that you can't invent something during (or after) 1978 that was already in widespread use by that time.

Email, or electronic mail, is actually at least 40 years old, and **the NY Times** itself has documented its use in 1965 (47 years ago). Hence, collecting endorsements for the "30 year anniversary" claim, i.e. 1982 as the origin date for email, is an key strategy for Ayyadurai.

Ayyadurai is determined, wealthy, and an expert on internet publicity. He has assembled a network of websites and send out a series of press releases. The site you link to, Politico.biz, seems to be some kind of low-rent content farm, recycling stories and press releases such as Ayyadurai's, rather than a real news organization. He has misled a number of journalists on the lifestyle technology beat, including bloggers Emi Kolawole at The Washington Post and Doug Aamoth at Time. He was dismissed from his part-time teaching position at M.I.T. as a result of the embarrassment he caused the institution. Sometimes I wonder if the whole thing is some kind of postmodern performance art project, designed to show up the shortcomings of digital-age journalism!

I have **a thorough treatment** of his claims, based on an article commissioned by the Washington Post after its ombudsman realized the paper had published a deeply inaccurate story.

Now, of course, you have no way to know I'm not the crank here, so here are some other treatments from **Gizmodo**, **Techdirt**, the **Washington Post ombudsman** and the **Columbia Review of Journalism**.

You've been around the technology world a long time, so I'm sure you would not have been misled for longer than it took to tweet. But Ayyadurai collects endorsements aggressively (he's very proud of convincing Noam Chomsky!) so I wonder if there is any way for you to tweet or blog a correction making clear that you are not endorsing his claims.

Yes, Tom, I'm happy to do so.

As the Gizmodo article puts it, "Shiva Ayyadurai didn't invent e-mail — he created 'EMAIL,' an electronic mail system implemented at the University of Medicine and Dentistry in Newark, New Jersey. It's doubtful he realized it as a little teen, but laying claim to the name of a product that's the generic term for a universal technology gives you acres of weasel room. But creating a type of airplane named AIRPLANE doesn't make you Wilbur Wright."

Anyway — what a weird, whacked-out story. It's so delicious, in fact, that I'm not even sorry I posted that bogus tweet in the first place.

And I wish e-mail the happiest of anniversaries — whenever it truly comes around.

---

© 2016 The New York Times Company

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of October, 2016, I electronically transmitted the foregoing

**DECLARATION OF RACHEL F. STROM, ESQ., IN SUPPORT OF DEFENDANTS**

**GAWKER MEDIA, LLC, SAM BIDDLE AND JOHN COOK'S MOTION TO DISMISS**

to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

Electronic Filing to the following CM/ECF registrants, as Plaintiff's counsel, and all counsel of

record:

> **Timothy Cornell**
> One International Place, Suite 1400
> Boston, MA 02110
> Tel: (617) 535-7763
> Fax: (617) 535-7721
> tcornell@cornelldolan.com

I further certify that on October 10, 2016, I served a true copy of same by US Mail upon:

> **Charles J. Harder, Esq.**
> 132 S. Rodeo Drive, Suite 301
> Beverly Hills, California 90212
> Tel. (424) 203-1600
> Email: CHarder@HMAfirm.com

> *s/ Rachel F. Strom*
> Rachel F. Strom