**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| SHIVA AYYADURAI, an individual, : | |
| : | Case 1:16-cv-10853 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| GAWKER MEDIA, LLC, a Delaware : | |
| limited liability company; SAM BIDDLE, an : | |
| individual, JOHN COOK, an individual, : | |
| NICHOLAS GUIDO ANTHONY DENTON, : | |
| an individual, and DOES 1-20, : | |
| : | |
| Defendants. : | |

---

**REQUEST FOR ORAL ARGUMENT**

    Pursuant to Local Rule 7.1(d) Defendants Gawker Media, LLC, Sam Biddle and John Cook respectfully request oral argument on its motion to dismiss the within complaint.

Dated:  October 11, 2016

    Respectfully submitted,
    LEVINE SULLIVAN KOCH & SCHULZ, LLP
    By: s/ Rachel F. Strom
    Rachel F. Strom, BBO # 666319
    Katherine M. Bolger (admitted *pro hac vice*)
    321 West 44th Street, Suite 1000
    New York, NY 10036
    Tel: (212) 850-6100/Fax: (212) 850-6299
    rstrom@lskslaw.com
    *Counsel for Gawker Media, LLC,*
    *Sam Biddle and John Cook*.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2016, I electronically transmitted the foregoing **REQUEST FOR ORAL ARGUMENT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, as Plaintiff's counsel, and all counsel of record:

>**Timothy Cornell**
>One International Place, Suite 1400
>Boston, MA 02110
>Tel: (617) 535-7763
>Fax: (617) 535-7721
>tcornell@cornelldolan.com

I further certify that on October 11, 2016, I served a true copy of same by US Mail upon:

>**Charles J. Harder, Esq.**
>132 S. Rodeo Drive, Suite 301
>Beverly Hills, California 90212
>Tel. (424) 203-1600
>Email: CHarder@HMAfirm.com

>>*s/ Rachel F. Strom*
>>Rachel F. Strom