**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON, MASSACHUSETTS**

| | |
|---|---|
| SHIVA AYYADURAI, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GAWKER MEDIA, LLC, a Delaware ) | CASE NO. 16-cv-10853 (NMG) |
| limited liability company; SAM BIDDLE, an ) | |
| individual, JOHN COOK, an individual, ) | |
| NICHOLAS GUIDO ANTHONY DENTON, ) | |
| an individual, and DOES 1-20, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AGREED MOTION FOR EXTENSION OF PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

As agreed with counsel for Defendants, Plaintiff Shiva Ayyadurai, through counsel, respectfully moves the Court for an extension to November 28, 2016 for his time to respond to the Defendants' Motion to Dismiss, filed October 10, 2016.

A court has broad discretion to adjust the deadlines for the filing of papers for good cause, or as required by the progress of the case. Fed. R. Civ. P. 6(b)(1(A), Local R. 7.1(a)(1); *Mendez v. Banco Popular de Puerto Rico,* 900 F.2d 1, 6 (1st Cir. 1990).

The Defendants' response was initially due on July 2, 2016. On June 30, 2016, the Defendants requested an extension of their time to answer or otherwise respond. (Dkt. 5) In their Motion, the Defendants acknowledged that the Plaintiff had consented to their request for an extension, provided the Plaintiff also be allowed additional time to respond. (*Id.* at 4). In consideration of the extended time for the Defendants to respond, the parties have agreed to a

deadline of November 28, 2016 for the deadline for the Plaintiff to file his Opposition.

Accordingly, the Plaintiff respectfully moves the Court to grant an extension to November 28, 2016 for the time to reply to the Defendants' Motion to Dismiss.

| | |
|---|---|
| October 18, 2016 | Respectfully submitted, |
| Boston, Mass. | _____/s/ Timothy Cornell |
| | Timothy Cornell<br>Cornell Dolan, P.C.<br>One International Place, Suite 1400<br>Boston, MA 02110<br>(617) 535-7763<br>(617) 535-7761 (fax)<br>tcornell@cornelldolan.com |
| | Charles Harder<br>HARDER MIRELL & ABRAMS LLP<br>132 S. Rodeo Drive, Fourth Floor<br>Beverly Hills, CA  90212<br>(424) 203-1600<br>*Attorneys for the Plaintiff* |

## RULE 7.1 CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Local Rule 7.1, we conferred with Counsel for the Defendants on October 13, 2016 and October 17, 2016, and they have agreed to the above-filed Motion for Extension of Time to Respond.

/s/ Timothy Cornell

## CERTIFICATE OF SERVICE

I hereby certify that the above document is to be filed through the ECF system and will be sent electronically to Rachel Strom and Kate Bolger, Counsel for the Defendants.

/s/ Timothy Cornell