UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

| | |
|---|---|
| SHIVA AYYADURAI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GAWKER MEDIA, LLC, a Delaware limited liability company; SAM BIDDLE, an individual, JOHN COOK, an individual, NICHOLAS GUIDO ANTHONY DENTON, an individual, and DOES 1-20,<br><br>Defendants. | CASE NO. 16-cv-10853 (NMG) |

## **DRAFT ORDER**

This Matter, having come before the Court on the Parties' Stipulated Motion to Stay Proceedings, and

It Appearing, that the Motion is agreed by both parties and should be granted for good cause shown, it is hereby

ORDERED, ADJUDGED AND DECREED that the Stipulated Motion to Stay Proceedings is granted and all proceedings in this Action are stayed until February 24, 2017 .

ENTERED this _____ day of January, 2017.

_____
Nathaniel M. Gorton,
United States District Judge