UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

| | |
|---|---|
| SHIVA AYYADURAI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>GAWKER MEDIA, LLC, a Delaware limited liability company; SAM BIDDLE, an individual, JOHN COOK, an individual, NICHOLAS GUIDO ANTHONY DENTON, an individual, and DOES 1-20,<br><br>    Defendants. | CASE NO. 16-cv-10853(NMG) |

## STIPULATED MOTION FOR STAY OF PROCEEDINGS

Because of the ongoing settlement discussions described below, the Parties in this action request that this Court stay all proceedings for 30 days, until February 24, 2017

At a hearing on December 13, 2016, Judge Bernstein of the U.S. Bankruptcy Court for the Southern District of New York approved a proposed settlement in the bankruptcy of Defendant Gawker Media, LLC ("Gawker") that would resolve this action as to all Defendants herein. An Order confirming the plan was entered on December 22, 2016. The parties anticipate that the settlement will become effective within the next thirty days, which would trigger certain obligations on Defendants' parts and, in turn, Plaintiff's obligation to dismiss this case.

*Motion allowed.* /s/ N. Gorton, USDJ 1/27/17

1