UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

| | |
|---|---|
| SHIVA AYYADURAI, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 16-cv-10853(NMG) |
| | ) |
| GAWKER MEDIA, LLC, a Delaware limited liability company; SAM BIDDLE, an individual, JOHN COOK, an individual, NICHOLAS GUIDO ANTHONY DENTON, an individual, and DOES 1-20, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## STATUS REPORT AND STIPULATED REQUEST FOR FURTHER EXTENSION TO MARCH 27, 2017

On January 27, 2017, this Court granted the Parties' Stipulated Motion for Extension and ordered a Status Report by February 24, 2017. Dkt 32. Accordingly, the Parties report the following, and request a further extension of 30 days, to March 27, 2017, at which time the Parties will again update the Court as to the case status.

At a hearing on December 13, 2016, Judge Bernstein of the U.S. Bankruptcy Court for the Southern District of New York approved a proposed settlement in the bankruptcy of Defendant Gawker Media, LLC ("Gawker") that would resolve this action as to all Defendants herein. An Order confirming the plan was entered on December 22, 2016. The settlement has not yet become effective, but the parties anticipate that the settlement will become effective within the next thirty days. Once that happens, the Defendants will be obligated to certain actions, which actions will, in turn, trigger Plaintiff's obligation to dismiss this case.

1

Accordingly, the Parties request that this Court stay any required pending actions in this matter for an additional thirty days, until March 27, 2017, at which time the Parties will further update the Court as to the case status.

Dated: February 24, 2017

Respectfully submitted,

**CORNELL DOLAN, P.C.**

By: */s/ Timothy Cornell*

Timothy Cornell, BBO # 654412
One International Place, Suite 1400
Boston, MA 02110
Tel: (617) 535-7763
Fax: (617) 535-7721
tcornell@cornelldolan.com


**HARDER MIRELL & ABRAMS LLP**

By: */s/ Charles J. Harder*

Charles J. Harder, Esq.
(*Pro Hac Vice application to be filed*)
132 S. Rodeo Drive, Suite 301
Beverly Hills, California 90212
Tel. (424) 203-1600
Email: CHarder@HMAfirm.com

*Counsel for Plaintiff Shiva Ayyadurai*


By: */s Rachel Strom*
Rachel F. Strom, BBO # 666319
LEVINE SULLIVAN KOCH & SCHULZ, LLP
321 West 44th Street, Suite 1000, New York, NY 10036
Tel: (212) 850-6100/Fax: (212) 850-6299
rstrom@lskslaw.com

*Counsel for Defendants Gawker Media, LLC, Sam Biddle, John Cook*

## RULE 7.1 CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Local Rule 7.1, we conferred with Counsel for the Defendants and they have agreed to the above-filed Stipulated Motion to Stay Proceedings.

/s/ Timothy Cornell_____

## CERTIFICATE OF SERVICE

I hereby certify that the above document is to be filed through the ECF system and will be sent electronically to Rachel Strom and Kate Bolger, Counsel for the Defendants.

/s/ Timothy Cornell_____